**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Rinne Corp, | |
| Plaintiff, | Case No. 1:23-cv-16232 |
| v. | Honorable Judge Jeffrey I. Cummings |
| The Partnerships, and Unincorporated Associations Identified in Schedule A, | |
| Defendants. | |

## <u>DECLARATION OF BAOHUA ZHANG</u>

I, Baohua Zhang, declare as follows:

1.    I am an employee of Zero-Miracle Network Limited (**Zero**), which operates the internet store, cheap-easy-go.com (the **Store**), identified in this lawsuit.  In this capacity, I have personal knowledge of the Store's operation and sales and have access to Zero's business records.

2.    I make this declaration based on my personal knowledge and after reviewing Zero's business records.  If called as a witness, I can competently testify to the matters stated herein.

3.    Zero is incorporated and has its principal place of business in China.  Zero operates the Store exclusively in China.  Zero has never owned or utilized an office, hired employees, agents, or representatives, maintained bank accounts, owned assets or properties, or qualified to do business in Illinois or any other part of the United States.

4.    Neither the Store nor Zero has targeted Illinois residents with their advertisements, nor directed any marketing efforts or materials at Illinois.

5.    Rinne Corp (the **Plaintiff**) alleges the Store has infringed on its copyrights and trademarks.  Specifically, Plaintiff's counsel has provided the attached **Exhibit A**, which shows the

1

allegedly infringing products (collectively, **Alleged Products**).

6.      After reviewing the complaint and Exhibit A provided by counsel, I conducted a diligent search of the Store's sales records for the Alleged Products.  **Exhibit B** contains complete and accurate sales records, maintained in the ordinary course of Zero's business.

7.      Exhibit B shows that the Store has made no sale of the Alleged Products in Illinois.

8.      The Store has made only one sale of the Alleged Products in the entire U.S.

9.      The Store received an email regarding this lawsuit.  However, the email did not contain a link to a website where relevant documents in this matter would be published.

10.     There are many similar mousetrap products for sale online.  A brief search reveals numerous similar pictures and sales links for such products.  Many listings use product descriptions of "flip and slide."  *See* Exhibit C.

11.     The Store initially listed the Alleged Products for sale in or before February 27, 2022. Before this litigation, the Store was not aware, nor had any reason to be aware, that it could be infringing any copyrights or trademarks.  The Store has not attempted to market or pass off its products as those of the Plaintiff or any other party.

12.     The Store uses Paypal account, zeromiraclepp@outlook.com, for the Alleged Products, which now has a frozen amount of $3,512,500.22 due to the asset restraints imposed by this litigation.

13.     The Store still plans to continue business operations.  However, the existing restraints significantly hinder the Store's liquidity and ability to maintain normal operations.

14.     Upon notice of the current litigation, Zero has permanently removed the listings of the Alleged Products.  While Zero is moving to challenge the Preliminary Injunction Order (Dkt. 41), Zero assures the court it will not relist the Alleged Products for sale until further ordered by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

[The remainder of this page is intentionally left blank.]

Executed on this 27th day of May, 2024. in Nanchang, Jiangxi, China.

Dated: May 27, 2024

By: *Baohua Zhang*
Baohua Zhang

# EXHIBIT A






cheap-easy-go.com/products/new-year-flash-sale--50-off-flip-trap






🔥6398 sold in the last month!!!

🏅100% Quality Inspection on every order

⚡The lowest price in the United States, only today!

✅Secure payments

**ADD TO CART**

**BUY IT NOW**

**PROVEN HIGHER CATCH RATE**

In a quantitative test, we set up 5 different traps in a barn infested with Mice. We used the same bait for each and set them up all in a row in order to receive accurate results. The test concluded that the Flip N Slide had beaten the other "Multi Catch" traps by almost 4X





**HOW IT WORKS?**

Turn an ordinary 5-gallon bucket into the best trap on the market. No more dealing with 1-time use traps that are often ineffective and unsanitary. With our new Flip N' Slide bucket lid all you have to do is snap it onto a standard-sized 5-gallon bucket and boomyou're catching mice and rats.







•**Inhumane**: Glue Traps take days for a mouse to eventually die of hunger, stress, or dehydration.

•**Unsanitary**: The CDC has warned against the use of these traps due to the threat of the deadly disease "The hantavirus"

•**Unsanitary**: Picking up a dead mouse that has been crushed poses many risks of disease.

•**Unsafe**: There have been hundreds of cases where a family pet or a child has been very badly injured from this style trap.

•**Not efficient**: With any snap trap design you can only catch 1 mouse at a time.

## WHAT'S INCLUDED?

✔ Flip Slide Bucket Lid

✔ Flip Slide Counter Weighted Plank

✔ 2 Piece Ramp

✔ Instructional Guide

(NOTE): 5 Gallon Bucket is NOT included



(❌New Year Flash Sale❌-50%...

$19.98  $50.00

**Color**

Yellow

**Quantity**

− 1 +

BUY IT NOW





## FREQUENTLY ASKED QUESTIONS

### Does it only work for Rat and Mice?

You can catch any type of small rodent, Given you use the correct bait.

### What to do with a bucket full of mice?

If you want the trap to be lethal, simply half fill the bucket with water. If not, do not put anything insi
after every catch, go and release them somewhere far away from your house. Let nature do the rest.

### Doesn't the bait fall in with the mouse? Would you have to reload every time?



(☒New Year Flash Sale☒ -50%...

**$19.98** $50.00

Color

Yellow

Quantity

1

BUY IT NOW



NOTE: BUCKET NOT INCLUDED

1. Mice climb the provided ramp toward the bait located inside of the tunnel

2. Mice will inch out onto the counter weighted platform to eat the bait

3. The mouses weight will trigger the platform to fall forward

4. The platform will then automatically reset for the next mouse

## WHY FLIP SLIDE OVER CONVENTIONAL TRAPS?

- **Automatically resets** and holds upwards of 30 mice and 10+ medium-sized Rats; Unlike conventional traps which only catch 1 or 2

- **No mess** that you must clean up afterward; simply release or dump your friendly intruders outside(F away from your house preferably)

- **Reusable**: You can use our trap repeatedly without having to toss it out.



(✖️New Year Flash Sale✖️ -50%...

$19.98  $50.00

Color
Yellow

Quantity
1

BUY IT NOW

# cheap-easy-go

Cart › Information › **Shipping** › Payment

| Contact | johndoe789@gmail.com | Change |
|---------|---------------------|--------|
| Ship to | 73 E Lake St. Chicago, 60601 Illinois United States (US) | Change |

## Shipping method

| ○ Express Shipping (7-12 days) | $ 6.99 |
|---|---|
| ○ VIP Shipping (3-7days) | $ 15.99 |

☑ Add Shipping Insurance to your order $ 0.40 ⓘ

‹ Return to information

**Continue to payment**

Refund policy    Privacy policy    Terms of service    Shipping policy    Contact us    About us
All rights reserved cheap-easy-go
cheap-easy-go*UK



(❌ New Year Flash Sale ❌ -50% OFF)
Flip trap
Yellow

$ 19.98

| Coupon code | Apply |
|---|---|

| Subtotal | $ 19.98 |
|---|---|
| Shipping Insurance | $ 0.40 |
| Shipping | $ 6.99 |

| Total | USD $ 27.37 |
|---|---|



─── WHY CHOOSE US? ───

**100% Satisfaction**
If you have any questions within 30 days, you can
contact our after-sales center at any time for returns and refunds

**Over 34.245 successfully shipped orders**
We made as much happy customers as many orders we shipped.
You simply have to join our big family.

# EXHIBIT B





cheap-easy-go

**Order**

All Orders

Abandoned Order

Product manage...

## All Orders

| | Export | Import |

All | Unfulfilled

| All order status ⌄ | All delivery... ⌄ | Start date — End date | All paymen... ⌄ | All payment c... ⌄ | Country/ R... ⌄ | Payment Status | bucket-lid-door-style-mousetrap-lethal-trap-for-outdoor-indoor-multi-ca ✕ | Search |

| ▶ | Order number | Payment time ⇅ | Payment Status | Payment method | Payment channel | Logistics status | Total Amount | Product | Country/ Region | Operation |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 8493S12218 | 2022-04-02 18:04:53 | Paid | PayPal | PayPal | Delivered | $79.76 | 5pieces of product ⌄ | United States of America | Result page |

1 total

‹ **1** ›   50 / page ⌄

Settings

support

cheap-easy-go

support

**Order**

All Orders

Abandoned Order

Product manage...

< All Orders

## Order Details

Action    Modify delivery

### Order Overview

| Product | | Specifications | Quantity |
|---|---|---|---|
|  | (🎆 New Year Flash Sale🎆 -50% OFF) Flip trap<br>SKU：OW1243584-一代黄色OPP | Yellow | 1 |
| | Bucket Lid Door Style Mousetrap Lethal Trap for Outdoor Indoor Multi Catch Reusable Smart Mouse Rat Trap Plastic Flip N<br>SKU：1 | White | 1 |
| | (❤️ Early Spring Hot Sale-50% OFF)Anti-Explosion Flashlight<br>SKU：PR1258306-套装 | BUY 1 | 1 |
| | 🔥 Buy 2 Free Shipping 🔥 Vortex Illusion Rug<br>SKU：GI1235488-裙拼1直径60cm | 50*50-BLACK HOLE | 1 |
| | (🌿 SPRING HOT SALE 50% OFF 🌿) Slide Projector Torch Projection Light<br>SKU：1 | GREEN-24 PICTURES & 3 SETS OF THEMES | 1 |

### Shipping Address

Edit

| | |
|---|---|
| Name | R Cumbie William |
| Address | 2508 Us Highway 1 |
| Apartment | - |
| City | MIMS |
| Country/Region | United States of America |
| Province/State | Florida |
| Postcode | 32754 |
| Phone | 3212644899 |
| Extra information | - |

### Order Information

Order status:Completed

Payment status:Paid

Total Amount:**$95.71**

Order number:8493S12218

Payment number:8YX93636NR1850542

Payment method:PayPal

Payment channel:PayPal

Generation time:2022-04-02 18:04:48

Payment time:2022-04-02 18:04:52

Logistic order number:

### Client   Has Subscribe   Visitors

Name    R Cumbie William

**Contact Information**

Mailbox    harry@harrysmooth.com

Settings

# EXHIBIT C

≡ All  Medical Care ▾  Groceries ▾  Best Sellers  Amazon Basics  New Releases  Prime ▾  Music  Customer Service  Today's Deals  Amazon Home  Registry  Books  Pharmacy  Gift Cards ▾  Luxury Stores  Smart Home  Fashion  Sell  Toys & Games  Find a Gift  Automotive  Computers  Coupons  Memorial Day: up

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home

 Kat Sense: Your Department of Defense    KAT SENSE    ★★★★ 6,882    $17.96 $19.96 ✓prime    Save 10% more with Subscribe & Save

## Customers who viewed this item also viewed

 Pack 2 Bucket Lid Mouse Trap, 5 Gallon Bucket Compatible, Mouse Catching Tool, Trap Door Style, Multi Catch, Auto Reset, Indoor Outdoor (Wine)
★★★★ 49
$14.99

 Pack 3 Bucket Lid Mouse Rat Trap, Mouse Catching Tool, Trap Door Style, Multi Catch, Auto Reset, Indoor Outdoor, 5 Gallon Bucket Compatible
★★★ 7
$23.99 ($8.00/Count)

 Arber Traps Bucket Lid Mouse Trap, Fits on 5 Gallon + 12 Pcs Sticky Mouse Traps Glue + 6 Pcs Spring Snap Traps for Mice - Multi Catch Human...
★★★★ 38
$29.97

Patio, Lawn & Garden › Pest Control › Traps



Roll over image to zoom in

      

### 2 Pack Mice Mouse Trap Bucket Flip Lid, Bucket Lid Mouse Rat Trap Indoor Outdoor, Humane Mouse Trap, Mouse Catching Tool Auto Reset, 5 Gallon Bucket Compatible (Without Barrel)

Brand: KUWSEIY
3.1 ★★★☆ ▾  24 ratings
100+ bought in past month

$12.99 ($6.50 / Count)

Get Fast, Free Shipping with Amazon Prime

FREE Returns ▾

Get $10 off instantly: Pay $2.99 $12.99 upon approval for the Amazon Store Card. No annual fee.

| Brand | KUWSEIY |
| --- | --- |
| Color | 2 Pack |
| Style | Modern |
| Material | Plastic |
| Product Dimensions | 12.17"L x 12.17"W x 2.99"H |
| Number of Pieces | 1 |

∨ See more

### About this item

- 【Bucket Mouse Trap】Automatically resets and holds upwards of 10 mice and 5+ medium-sized Rats. Unlike conventional mouse trap bucket lid which only catches 1 or 2. The test concluded that the multi-catch traps by amazon 4x. [5 Gallon Bucket is NOT included]

- 【Pet/Children Friendly】Stop purchasing traditional mouse trap which can harm your family pet or even worse harm your children. Our humane mouse trap is 100% safe, please feel free to use it.

- 【Easy To Use】Only snap it onto a standard-sized 5 gallon bucket mouse trap and boom your catching mice and rats. No simple release of the mice far away from your house.



prime

**Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows with Prime**

Try Prime and start saving today with fast, free delivery

Delivery | Pickup

One-time purchase: ⦿

$12.99 ($6.50 / Count)

Get Fast, Free Shipping with Amazon Prime

FREE Returns ▾

FREE delivery **Tuesday, May 28** on orders shipped by Amazon over $35

Or fastest delivery **Friday, May 24**. Order within **9 hrs 22 mins**

⊙ Delivering to Los Angeles 90020 - Update location

**In Stock**

Quantity: 1 ▾

[ Add to Cart ]

[ Buy Now ]

Ships from  Amazon
Sold by  KUWSEIY
Returns  Eligible for Return, Refund or Replacement within 30 days of receipt
Payment  Secure transaction

amazon.com/Mouse-Trap,-Bucket-Indoor-Outdoor/dp/B0CWCYXX8V?th=1

amazon | Delivering to Los Angeles 90020 Update location | Garden & Outdoor | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders

☰ All | Medical Care | Groceries | Best Sellers | Amazon Basics | New Releases | Prime | Music | Customer Service | Today's Deals | Amazon Home | Registry | Books | Pharmacy | Gift Cards | Luxury Stores | Smart Home | Fashion | Sell | Toys & Games | Find a Gift | Automotive | Computers | Celebrate National Small Busin

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home

Raid Essentials Flying Insect Light Trap Refills, 2 Light Trap Refill... ★★★★½ 2,243 | Save 5% more with Subscribe & Save | Shop now

Patio, Lawn & Garden › Pest Control › Traps



Roll over image to zoom in



## Mouse Trap，Flip and Slide Bucket Lid Mice Rat Trap，for Indoor Outdoor Multi Catch Auto Reset (Size : Black)

Brand: SnOwky

$36.89

Get $10 off instantly: Pay $26.89 $36.89 upon approval for the Amazon Store Card. No annual fee.

Size: Black

| Yellow $36.89 | Red $36.89 | White $36.89 | **Black $36.89** |

| Brand | SnOwky |
| Color | One Color |
| Item Weight | 516 Grams |
| Number of Pieces | 1 |

### About this item

- 【Special Designed】This trap was designed with the intent to be used in a catch and release style, but it is optionable to fill the bucket up with water to make the trap lethal.
- 【Cleaner than ever】No more need to discard dirty mice with glue or traps, which can infect them with a deadly disease.Now, just release/dispose of the mouse without having to go anywhere near the mess.
- 【Easy to use】All you have to do is clip it into a standard size 5-gallon bucket and use it to catch rats and mice.No longer handle single-use traps, which are often ineffective and unhygienic.
- 【Family Friendly】Stop purchasing traditional mouse traps which can harm your family pet or even worse... your children. Our mouse trap is 100% safe .
- 【Reasonable use】We can spread peanut butter in the tunnel of the mousetrap, and the mouse will follow the smell into the tunnel, and fall back into the bucket without getting the peanut butter.

🗨 Report an issue with this product or seller

$36.89

$3.99 delivery June 6 - 17. Details

⊙ Delivering to Los Angeles 90020 - Update location

**In stock**
Usually ships within 4 to 5 days.

Quantity: 1

[ Add to Cart ]

[ Buy Now ]

Ships from 新秦曇盛田百货店
Sold by 新秦曇盛田百货店
Returns 30-day refund/replacement
Payment Secure transaction

[ Add to List ]


HECO ARMOR Outdoor Hanging Wasps Traps
HECO ARMOR Wasp Traps, Outdoo... ★★★½ 69
20% off Limited time deal
$23.99 $29.99 ✓prime
Sponsored ⓘ

Kat Sense: Your Department of Defense
Kat Sense Covered Rat &...
$17.96 $19.96 ✓prime 
Save 10% more with Subscribe & Save

Case 2:23-cv-10232 Document 1-5 Filed 05/31/24 Page 19 of 26 Page ID #:3270





Estrela

Flip N Slide Bucket Lid Mouse Trap,Slide N Bucket Lid Mouse Rat Trap,Auto Reset Mouse Trap for Indoor and Outdoor (Yellow)

Free 30-day returns

$9.99 Price when purchased online

Add to cart

**How do you want your item?**

| Shipping Arrives Jun 7 $7.00 | Pickup Not available | Delivery Not available |

Delivery to Los Angeles, 90020

Sold and shipped by Estrela

View seller information Details

Free 30-day returns

Add to list     Add to registry

Sponsored
$21.99
2 Pack Mouse Catchers Bucket Lid with Upgraded Clear Box, 2 Entrances & Auto Reset, Reusable Humane Rat Catcher for...

2-day shipping

+ Add

## Popular items in this category

Best selling items that customers love



How do you want your items?
Los Angeles, 90020 • Burbank Super...

Search everything at Walmart online and in store

Reorder
My Items

Sign In
Account

Departments | Services | Deals | Grocery & Essentials | Father's Day | Graduation | Summer Gathering | Home | Fashion | Patio & Garden | Health & Wellness | Registry | ONE Debit | Walmart+

COMBAT Got ants? Defend your home with Combat. — Sponsored



Package does NOT include Bucket
(Trap Lid fits 5 Gallon Bucket)

MG

Mouse Rat Trap Flip & Slide Mouse Trap Bucket Catcher Mousetrap Slide Bucket Lid

★★★☆☆ (3.2) 29 reviews

Free shipping    Free 30-day returns

$9.95 Price when purchased online

Add to cart

**How do you want your item?**

| Shipping Arrives May 31 Free | Pickup Not available | Delivery Not available |

Delivery to Los Angeles, 90020

Sold and shipped by Alltech Devices, LLC | Pro Seller
★★★★☆ 103 seller reviews
View seller information
Free 30-day returns Details

Add to list    Add to registry

Sponsored
$37.71
Oxgord Live Animal Trap Humane Catch & Release Cage Cat Rabbit Rodents 2-Door Foldable Heavy Duty Trapping Kit (Large )...
★★★★☆ 134
2-day shipping

+ Add

**Continue your search on Walmart**

bucket mouse trap | onebit rat bar poison | rinnetraps - flip n slide bucket lid mouse trap | mouse tramp | rat trap bucket | flip and slide mouse trap | mouse trap flip bucket top | bucket mouse trap 5 gallon

**Similar items you might like**
Based on what customers bought





Reduced price

12PCS

How do you want your items?
Los Angeles, 90020 • Burbank Super...

Search everything at Walmart online and in store

Reorder My Items    Sign In Account

Departments    Services    |    Deals    Grocery & Essentials    Father's Day    Graduation    Summer Gathering    Home    Fashion    Patio & Garden    Health & Wellness    Registry    ONE Debit    Walmart+

Sponsored

STEM    Flying insect light trap    Free of chemical insecticides.





## How This Trap Works

1. Mice climb the provided ramp toward the bait located inside of the tunnel

2. Mice will inch out onto the counter weighted platform to eat the bait

**NOTE: BUCKET NOT INCLUDED**





3. The mouses weight will trigger the platform to fall forward

4. The platform will then automatically reset for the next mouse







Estrela

Flip N Slide Bucket Lid Mouse Trap,Slide N Bucket Lid Mouse Rat Trap,Auto Reset Mouse Trap for Indoor and Outdoor (Yellow)

Free 30-day returns

**$9.99**    Price when purchased online

**Add to cart**

### How do you want your item?

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Jun 7 $7.00 | Not available | Not available |

Delivery to Los Angeles, 90020

Sold and shipped by Estrela
View seller information
Free 30-day returns  Details

Add to list    Add to registry

Sponsored
**$21.99**
2 Pack Mouse Catchers Bucket Lid with Upgraded Clear Box, 2 Entrances & Auto Reset, Reusable Humane Rat Catcher for...
2-day shipping
**+ Add**

## Popular items in this category

Best selling items that customers love



Options



+ Add



Options



+ Add

walmart.com/ip/2x-Mice-Trap-Reusable-Smart-Flip-and-Slide-Bucket-Lid-Mouse-Rat-trap-Auto-Reset/10861...



Search everything at Walmart online and in store

How do you want your items?
Los Angeles, 90020 • Burbank Super...

Reorder
My Items

Sign In
Account

Departments | Services | Deals | Grocery & Essentials | Father's Day | Graduation | Summer Gathering | Home | Fashion | Patio & Garden | Health & Wellness | Registry | ONE Debit | Walmart+

 **Flying insect light trap** Free of chemical insecticides.

Sponsored










**2Pack**





  



Aegis

**2x Mice Trap Reusable Smart Flip and Slide Bucket Lid Mouse Rat trap Auto Reset**

★★★☆☆ (2.9) 7 reviews

Free shipping    Free 30-day returns

**$19.99**  Price when purchased online ⓘ

**Add to cart**

### How do you want your item?

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives May 31 Free | Not available | Not available |

Delivery to **Los Angeles, 90020**

Sold and shipped by **Aegis Inc**

★★★★½ 84 seller reviews

View seller information

Free 30-day returns  Details

Add to list          Add to registry

Sponsored

**$11.99**

HYEASTR Mouse Trap Bucket Flip Lid Mouse Rat Trap Bucket Lid Auto Reset Multi Catch Humane Rat Trap for Indoor...

3+ day shipping

**+ Add**

### Continue your search on Walmart

rinnetraps - flip n slide bucket lid mouse trap | mouse trap that goes on a bucket | rat traps | rat trap bucket

auto reset barrow mouse and rat | rat trap bucket lids | rodent traps

### Similar items you might like
Based on what customers bought

100+ bought since yesterday

   

Search everything at Walmart online and in store

How do you want your items?
Los Angeles, 90020 • Burbank Super...

Reorder
My Items

Sign In
Account

Departments | Services | Deals   Grocery & Essentials   Father's Day   Graduation   Summer Gathering   Home   Fashion   Patio & Garden   Health & Wellness   Registry   ONE Debit   Walmart+

 

Prevent bug bites Protection for every day.

Sponsored










HYEASTR

HYEASTR Mouse Trap Bucket Lid (2 Pack) - Humane Flip and Slide Bucket Lid Mouse/Mice/Rat Trap, Auto Reset, Multi Catch Mice Trap Compatible with 5 Gallon Bucket for Indoor/Outdoor/Chicken Coop

★☆☆☆☆ (1.0) 1 review

Free shipping   Free 30-day returns

$16.79   Price when purchased online

Add to cart

**How you'll get this item:**

Shipping
Arrives May 30
Free

Pickup
Not available

Delivery
Not available

Los Angeles, 90020  Change

Arrives by **Thu, May 30**   More options

Sold and shipped by HYEASTR STORE

★★★☆☆ 3 seller reviews
View seller information

Free 30-day returns   Details

Add to list        Add to registry



Sponsored

$37.71

Oxgord Live Animal Trap Humane Catch & Release Cage Cat Rabbit Rodents 2-Door Foldable Heavy Duty Trapping Kit (Large )...

★★★★☆ 134

2-day shipping

+ Add

## Similar items you might like



Based on what customers bought






+ Add        + Add        + Add        Options

walmart.com/ip/Easy-Flip-And-Slide-Bucket-Lid-Mouse-Humane-Rat-Trap/761247887?wmlspartner=wlpa&s...

Search everything at Walmart online and in store

Reorder My Items

Sign In Account

Departments | Services | Deals  Grocery & Essentials  Father's Day  Graduation  Summer Gathering  Home  Fashion  Patio & Garden  Health & Wellness  Registry  ONE Debit  Walmart+

OFF! Feels good on the skin  Worry free protection.

Sponsored



H&H

Easy Flip And Slide Bucket Lid Mouse & Humane Rat Trap

Free shipping     Free 30-day returns

$39.99  Price when purchased online

**Add to cart**

**How do you want your item?**

| Shipping Arrives May 30 Free | Pickup Not available | Delivery Not available |

Delivery to  Los Angeles, 90020

Sold and shipped by The Modern Supply

★★★½ 10 seller reviews

View seller information

Free 30-day returns  Details

♡ Add to list          Add to registry

Sponsored
$37.71

Oxgord Live Animal Trap Humane Catch & Release Cage Cat Rabbit Rodents 2-Door Foldable Heavy Duty Trapping Kit (Large )...

★★★★ 134

2-day shipping

**+ Add**

## Similar items you might like

Based on what customers bought



**Options**

+2 options



**Options**

Sponsored



**+ Add**

Sponsored



**+ Add**



amazon

Delivering to Los Angeles 90020 - Update location

Garden & Outdoor | Search Amazon | 🔍

EN | Hello, sign in Account & Lists | Returns & Orders

☰ All | Medical Care | Groceries | Best Sellers | Amazon Basics | New Releases | Prime | Music | Customer Service | Today's Deals | Amazon Home | Registry | Books | Pharmacy | Gift Cards | Luxury Stores | Smart Home | Fashion | Sell | Toys & Games | Find a Gift | Automotive | Computers | Coupons | Memorial Day: up

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home



Mice Trap-Flip N Slide Bucket Lid Mouse,Chipmunk Trap|No See Kill| Humane or Lethal| Door Style| Auto Reset| Multi Catch| in-Outdoor| 5 Gallon Bucket Compatible| Reusable| Treated As Humanely...

Brand: Dishe

3.7 ⭐ · 8 ratings

$48.69

FREE Returns ⌄

| | |
|---|---|
| Brand | Dishe |
| Style | Modern |
| Number of Pieces | 1 |
| Is Electric | Yes |
| Target Species | Mouse, Rat, Chicken |

Report an issue with this product or seller

     

Roll over image to zoom in

### Products related to this item

Page 1 of 2

Sponsored

| | | | | | |
|---|---|---|---|---|---|
| Multi-Catch Mouse Traps Outdoor - Humane or Lethal Traps - 5 Gallon Bucket... 3.0 ⭐ 85 $49.99 ✓prime | Mouse Trap Bucket- 5 Gallon Bucket Lid Mouse Rat Trap 3 Pack - Automatic Reset Flip... 3.6 ⭐ 2,554 $23.88 ($7.96/Count) ✓prime | Mouse Trap Bucket- 5 Gallon Bucket Lid Mouse Rat Trap 4 Pack - Automatic Reset Flip... 3.8 ⭐ 709 $28.88 ($7.22/Count) ✓prime | Upgraded 5 Gallon Bucket Lid, Bucket Lid, Trapdoor Style, Indoor and Outdoor, Reusa... 4.7 ⭐ 417 $12.98 ✓prime | LockNLube Grease Gun Coupler locks onto Zerk fittings. Grease goes in, not on the m... 4.7 ⭐ 29,642 #1 Best Seller $32.99 ✓prime | 200PCS Barrel Snap Swivel Fishing Accessories, Premium Fishing Gear... 4.6 ⭐ 5,555 $9.99 ✓prime |

Prime
Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows with Prime
Try Prime and start saving today with fast, free delivery

Delivery | Pickup

$48.69

FREE Returns ⌄

FREE delivery **Tuesday, May 28.** Order within **14 hrs 24 mins**

Delivering to Los Angeles 90020 - Update location

Only 1 left in stock - order soon.

**Add to Cart**

**Buy Now**

Ships from Amazon
Sold by lorado
Returns Eligible for Return, Refund or Replacement within 30 days of receipt
Payment Secure transaction

☐ Add a gift receipt for easy returns

Add to List



amazon.com/Plank-Bucket-Water-proof-Durable-Auto-reset/dp/B07DT3RMZH/ref=sr_1_20?crid=1QZATDP8L4J8&dib=eyJ2IjoiMSJ9...



‹ Back to results



Roll over image to zoom in

     

VIDEO

## Walk The Plank Bucket Mouse Trap | Flip and Slide | Water-Proof | Durable | Auto-Reset - Live or Kill

Brand: PLANKYPRO

3.9 ★★★★☆ 775 ratings

50+ bought in past month

**-10%** $17.99

List Price: $19.99 ⓘ

Get Fast, Free Shipping with Amazon Prime

FREE Returns ⌄

Get $10 off instantly: Pay $7.99 $17.99 upon approval for the Amazon Store Card. No annual fee.

Item Package Quantity: 1

Color: Black

| | |
|---|---|
| Brand | PLANKYPRO |
| Color | Black |
| Style | Plank |
| Material | Plastic |
| Number of Pieces | 1 |
| Is Electric | No |
| Target Species | Mouse, Rat |

### About this item

- AUTO RESET: The trap resets automatically. You can catch multiple mice at once.
- WATERPROOF: Unlike other traps in the market, our trap is made from durable waterproof plastic.
- POISON FREE: Simply use peanut butter or any other bait that can be stuck to the trap. Keeps your pets safe and out of danger.
- LIVE OR KILL: You have option of using the device as a live catch or to kill the mice. Use water in the bucket if you intend on not releasing the mice. Using fine sand or saw dust at the bottom prevents the mice from jumping out. Using taller bucket is help with the live catch.
- IMPORTANT ( UNIVERSAL BODY) : This plank included in this trap set is specifically calibrated for smaller mice. However a set including bigger plank is available for purchase. Additionally you can also just buy the bigger plank only if you already purchased the smaller trap set. The same UNIVERSAL BODY works with both plank.

### Additional Details



Prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows with Prime

Try Prime and start saving today with fast, free delivery

Delivery | Pickup

One-time purchase:

$17.99

Get Fast, Free Shipping with Amazon Prime

FREE Returns ⌄

FREE delivery **Tuesday, May 28** on orders shipped by Amazon over $35

Or fastest delivery **Tomorrow, May 23**. Order within **7 hrs 6 mins**

⊙ Delivering to Los Angeles 90020 - Update location

**In Stock**

Quantity: 1 ⌄

**Add to Cart**

**Buy Now**

Ships from Amazon
Sold by Polyproducts44_USA
Returns Eligible for Return, Refund or Replacement within 30 days of receipt
Payment Secure transaction

☐ Add a gift receipt for easy returns

Subscribe & Save: ◯

$17.99 ($17.99 / Count)

FREE delivery **Tuesday, May 28** on orders shipped by Amazon over $35