**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Rinne Corp,<br><br>              Plaintiff,<br><br>v.<br><br>The Partnerships, and Unincorporated<br>Associations Identified in Schedule A,<br><br>            Defendants. | Case No.  1:23-cv-16232<br><br>Honorable Judge Jeffrey I. Cummings |

## DECLARATION OF XIN CHEN

I, Xin Chen, declare as follows:

1.    I am an employee of Larryhot Trading Co., Ltd. (**Larryhot**), which operates the internet stores, costumebrand.com and flowercog.com (the **Stores**), identified in this lawsuit.  In this capacity, I have personal knowledge of the Stores' operation and sales and have access to Larryhot's business records.

2.    I make this declaration based on my personal knowledge and after reviewing Larryhot's business records.  If called as a witness, I can competently testify to the matters stated herein.

3.    Larryhot is incorporated and has its principal place of business in China.  Larryhot operates the Stores exclusively in China.  Larryhot has never owned or utilized an office, hired employees, agents, or representatives, maintained bank accounts, owned assets or properties, or qualified to do business in Illinois or any other part of the United States.

4.    Neither the Stores nor Larryhot has targeted Illinois residents with their advertisements, nor directed any marketing efforts or materials at Illinois.

5.      Rinne Corp (the **Plaintiff**) alleges the Store has infringed on its copyrights and trademarks.  Specifically, Plaintiff's counsel has provided the attached **Exhibit A**, which shows the allegedly infringing products (collectively, **Alleged Products**).

6.      After reviewing the complaint and Exhibit A provided by counsel, I conducted a diligent search of the Stores' sales records for the Alleged Products.  **Exhibit B** contains complete and accurate sales records, maintained in the ordinary course of Larryhot's business.

7.      Exhibit B shows that the Stores have made no sale of the Alleged Products in the U.S.

8.      The Stores have not received summons of this lawsuit at their email addresses.

9.      There are many similar mousetrap products for sale online.  A brief search reveals numerous similar pictures and sales links for such products.  Many listings use product descriptions of "flip and slide."  *See* Exhibit C.

10.      Before this litigation, the Stores were not aware, nor had any reason to be aware, that they could be infringing any copyrights or trademarks.  The Stores have not attempted to market or pass off their products as those of the Plaintiff or any other party.

11.      The Stores use the Paypal accounts, Rnalemoa@outlook.com and RnalemoaBtn@outlook.com, for the Alleged Products, which have a total frozen amount of $1,271,693.18 due to the asset restraints imposed by this litigation.

12.      The Stores still plan to continue business operations.  However, the existing restraints significantly hinder the Stores' liquidity and ability to maintain normal operations.

13.      Upon notice of the current litigation (not through service of summons), Larryhot has permanently removed the listings of the Alleged Products.  While Larryhot is moving to challenge the Preliminary Injunction Order (Dkt. 41), Larryhot assures the court it will not relist the Alleged Products for sale until further ordered by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

[The remainder of this page is intentionally left blank.]

Executed on this 27th day of May, 2024, in Xiamen, Fujian, China.

Dated: May 27, 2024

By: *Xin Chen*

Xin Chen

# EXHIBIT A

❤Free Shipping Over $39.99 ❤Worldwide Delivery❤

ALL PRODUCTS    Kitchen & Bath Tools    🔥hot sale

CostumeBrand

🇺🇸 USD    🌐 English

Home / Flip N Slide Bucket Lid Mouse Tr...







## Flip N Slide Bucket Lid Mouse Trap

**$19.90** ~~$35.80~~

**5.00% OFF** | Get coupon code   DB5 📋

**Quantity**

[ − ] 1 [ + ]

🔴 36 visitors currently looking at this product

🌐 ⚡SHIPPING WORLDWIDE

👍 🔥It's been recommended by 1982 people on Facebook, Twitter and Instagram

💳 Secure Payments Via PayPal® and CreditCard

**🛒 ADD TO CART**

**Pay with _PayPal_**

**💳 Debit or Credit Card**

Powered by _PayPal_

👉We provides the following promotions for each customer: Buy More,Save More!

- Buy **2** Get Extra **5%** OFF
- Buy **3** Get Extra **10%** OFF

Flip N Slide Bucket Lid Mouse Tr

costumebrand.com/products/-buy-2-free-shipping-flip-n-slide-bucket-lid-mouse-trap

❤Free Shipping Over $39.99 ❤Worldwide Delivery❤

ALL PRODUCTS    Kitchen & Bath Tools    🔥hot sale


CostumeBrand

USD    English





📦 🔥It's been recommended by 1982 people on Facebook, Twitter and Instagram

💳 Secure Payments Via PayPal® and CreditCard

**ADD TO CART**

Pay with **PayPal**

💳 Debit or Credit Card

*Powered by* **PayPal**

🛍We provides the following promotions for each customer: Buy More,Save More!

- Buy **2** Get Extra **5%** OFF
- Buy **3** Get Extra **10%** OFF

(No need to use promotional codes, the system will automatically reduce the price after adding to the shopping cart.)


Guaranteed SAFE Checkout

- 91.2% Of Customers Are Buying 2 Pcs Or More
- 100% Money Back Guarantee.
- Secure Payments Via PayPal® and CreditCard.
- SSL Certificates For 100% Security.


LIMITED STOCK - ACT FAST!

The merchant guarantees delivery within 24 hours!
⏰Over time, a full refund!


Flip N Slide Bucket Lid Mouse Trap
📍 Recently purchased

How This Trap Works

Flip N Slide Bucket Lid Mouse Tr...

costumebrand.com/products/-buy-2-free-shipping-flip-n-slide-bucket-lid-mouse-trap

🖤Free Shipping Over $39.99 🖤Worldwide Delivery🖤

ALL PRODUCTS    Kitchen & Bath Tools    🔥hot sale


CostumeBrand

🇺🇸 USD    🌐 English



• **Inhumane:** Glue Traps take days for a mouse to eventually die of hunger,stress, or dehydration.

• **Unsanitary:** The CDC has warned against the use of these traps due to the threat of the deadly disease "The hantavirus"



• **Unsanitary:** Picking up a dead mouse that has been crushed poses many risks of disease.

• **Unsafe:** There have been hundreds of cases where a family pet or a child has been very badly injured from this style trap.

• **Not efficient :** With any snap trap design you can only catch 1 mouse at a time.

- ♻️🦠 **Sanitary** - No more having to dispose of dirty corpses from a glue or snap trap, which can potentially infect you with a deadly disease. Now simply release/dispose of the mice/rats without getting close to the mess.
- 🐁🐀 **Mice/Young Rats** - Our trap has the unique capability to catch both mice and small to medium sized rats
- 🐀 **UTILITY PATENT PENDING:** Our product is filed for a utility patent by the UNITED STATES PATENT AND TRADEMARK OFFICE

**Product information :**

- **Dimensions:** 12 x 12 x 3 inches
- **Item Weight:** 14 ounces

**Packaging includes:**

- 1*Flip N' Slide Bucket Lid
- 1*Flip N' Slide Counter Weighted Plank
- 2 Piece Ramp
- 1*Instructional Guide



• **Humane** ✅
• **Safe** ✅
• **Sanitary** ✅
• **Efficient** ✅

PACKING & SHIPPING




Flip N Slide Bucket Lid Mouse Trap
⟳ Recently purchased


Flip N Slide Bucket Lid Mouse Tr...
$ 19.90   $35.80

Quantity
−  1  +

🛒 ADD TO CART

# costumebrand

Express checkout



Flip N Slide Bucket Lid Mouse Trap $ 19.90

**PayPal**

────── OR ──────

| | |
|---|---|
| Coupon code | Apply |

## Contact information

Already have an account? Log in

Email
johndoe789@gmail.com

☑ Email me with news and offers

## Shipping address

Country/Region
United States (US)

First name
John

Last name
Doe

Address
73 E Lake St.

Apartment, suite, etc. (optional)

City
Chicago

State
Illinois

ZIP code
60601

+1 Phone
(837) 509-3978

☑ Save this information for next time

## Shipping method

| | |
|---|---|
| Subtotal | $ 19.90 |
| Shipping Insurance | $ 0.40 |
| Shipping | $ 4.99 |
| **Total** | **USD $ 25.29** |

── WHY CHOOSE US? ──

**100% Satisfaction**
If you have any questions within 30 days, you can contact our after-sales center at any time for returns and refunds.

**Over 34.245 successfully shipped orders**
We made as much happy customers as many orders we shipped. You simply have to join our big family.

   

 Flowercog

**All products**

USD ▼











🦫 2023 Home Decoration Sale - Bucket Lid Mouse Trap

**USD $24.99** ~~USD $49.98~~ **Save 50%**

🛒 2.6K Sold

👍 It's been recommended by 4.4K people on Facebook, Twitter and Instagram

👁 4.2K people are viewing this right now

☰ Share on social profile and get coupon code          Share ›

**Style**

| 1 Pcs | Save $ 5 Get 2Pcs | Save $ 15 Get 3Pcs🔥Free shipping |

| Save $ 25 Get 4Pcs🔥Free shipping |

**Quantity**

[ − ]  1  [ + ]

◆ 124 visitors currently looking at this product

⚡ Authority: patented products

✎ Customer service: 24 hours online communication

🔒 Payment security: paypal &amp; Credit card security

🚚 Fast shipping: Enjoy Free Express Shipping on orders over $50

**ADD TO CART**

**BUY IT NOW**

flowercog.com/products/bucket-lid-mouse-trap?variant=81028

 **Flowercog**

**All products**

USD

 

• **Inhumane**: Glue Traps take days for a mouse to eventually die of hunger, stress, or dehydration.

• **Unsanitary**: The CDC has warned against the use of these traps due to the threat of the deadly disease "The hantavirus"

• **Unsanitary**: Picking up a dead mouse that has been crushed poses many risks of disease.

• **Unsafe**: There have been hundreds of cases where a family pet or a child has been very badly injured from this style trap.

• **Not efficient**: With any snap trap design you can only catch 1 mouse at a time.



• **Humane** ✅
• **Safe** ✅
• **Sanitary** ✅
• **Efficient** ✅

   

What's Included    Visibly Increase your odds    Where To Use This Trap?

  

How This Trap Works

## 🎉 2023 Home Decoration Sale - Bucket Lid Mouse Trap

**USD $24.99** ~~USD $49.98~~ **Save 50%**

🛒 2.6K Sold

👍 It's been recommended by 4.4K people on Facebook, Twitter and Instagram

👁 4.2K people are viewing this right now

 Share on social profile and get coupon code     Share >

**Style**

| 1 Pcs | Save $ 5 Get 2Pcs | Save $ 15 Get 3Pcs🔥Free shipping |

Save $ 25 Get 4Pcs🔥Free shipping

**Quantity**

− 1 +

◆ 124 visitors currently looking at this product

🛠 Authority: patented products

⊘ Customer service: 24 hours online communication

🔒 Payment security: paypal &amp; Credit card security

🚚 Fast shipping: Enjoy Free Express Shipping on orders over $50

**ADD TO CART**

**BUY IT NOW**

 🎉 2023 Home Decoration Sale - Bucket Lid Mouse Trap

S***D

Recently purchased

RECENTLY VIEWED



flowercog.com/products/bucket-lid-mouse-trap?variant=81028

 flowercog

All products

 USD


Where To Use This Trap?


INDOORS


OUTDOORS

  
BARN


GARAGE/SHED

   
What's Included    Vastly Increase your odds    Where To Use This Trap?

   
How This Trap Works

 2023 Home Decoration Sale - Bucket Lid Mouse Trap

**USD $24.99** ~~USD $49.98~~ Save 50%

🛒 2.6K Sold

👍 It's been recommended by 4.4K people on Facebook, Twitter and Instagram

👁 4.2K people are viewing this right now

_____

📣 Share on social profile and get coupon code          Share ›

**Style**

| 1 Pcs | Save $ 5 Get 2Pcs | Save $ 15 Get 3Pcs🔥Free shipping |

| Save $ 25 Get 4Pcs🔥Free shipping |

**Quantity**

−  1  +

⬥ 124 visitors currently looking at this product

🚀 Authority: patented products

⊘ Customer service: 24 hours online communication

🔒 Payment security: paypal &amp; Credit card security

🚚 Fast shipping: Enjoy Free Express Shipping on orders over $50

ADD TO CART

BUY IT NOW


2023 Home Decoration Sale - Bucket Lid Mouse Trap

S***D

Recently purchased

RECENTLY VIEWED

2023 Home Decoration Sale

flowercog.com/products/bucket-lid-mouse-trap?variant=81028



All products

USD



## What's Included







    

🎉 2023 Home Decoration Sale - Bucket Lid Mouse Trap

USD $24.99  USD $49.98  Save 50%

🛍 2.6K Sold

👍 It's been recommended by 4.4K people on Facebook, Twitter and Instagram

👁 4.2K people are viewing this right now

📧 Share on social profile and get coupon code        Share ›

### Style

1 Pcs | Save $ 5 Get 2Pcs | Save $ 15 Get 3Pcs🔥Free shipping

Save $ 25 Get 4Pcs🔥Free shipping

### Quantity

−  1  +

◆ 124 visitors currently looking at this product

🛡 Authority: patented products

⊘ Customer service: 24 hours online communication

🔒 Payment security: paypal &amp; Credit card security

🚚 Fast shipping: Enjoy Free Express Shipping on orders over $50

ADD TO CART

BUY IT NOW

flowercog.com/products/bucket-lid-mouse-trap?variant=81028

Flowercog

All products

USD



## 2023 Home Decoration Sale - Bucket Lid Mouse Trap

**USD $24.99** ~~USD $49.98~~ Save 50%

🛒 2.6K Sold

👍 It's been recommended by 4.4K people on Facebook, Twitter and Instagram

👁 4.2K people are viewing this right now

📧 Share on social profile and get coupon code — Share ›

### Style

1 Pcs | Save $ 5 Get 2Pcs | Save $ 15 Get 3Pcs🔥Free shipping

Save $ 25 Get 4Pcs🔥Free shipping

### Quantity

− 1 +

📍 124 visitors currently looking at this product

🚀 Authority: patented products

✓ Customer service: 24 hours online communication

🔒 Payment security: paypal &amp; Credit card security

🚚 Fast shipping: Enjoy Free Express Shipping on orders over $50

**ADD TO CART**

**BUY IT NOW**

# How This Trap Works



① Mice climb the provided ramp toward the bait located inside of the tunnel



② Mice will inch out onto the counter weighted platform to eat the bait

**NOTE: BUCKET NOT INCLUDED**



③ The mouses weight will trigger the platform to fall forward



④ The platform will then automatically reset for the next mouse

    

  

 What's Included

 Vastly Increase your odds

Where To Use This Trap?

 How This Trap Works

2023 Home Decoration Sale - Bucket Lid Mouse Trap

S***D

Recently purchased



2023 Home Decoration Sale | ×

flowercog.com/products/bucket-lid-mouse-trap?variant=81028



All products

 USD 



## 🎉2023 Home Decoration Sale - Bucket Lid Mouse Trap

**USD $24.99** ~~USD $49.98~~ **Save 50%**

🛍 2.6K Sold

👍 It's been recommended by 4.4K people on Facebook, Twitter and Instagram

👁 4.2K people are viewing this right now

Share on social profile and get coupon code    Share >

**Style**

| 1 Pcs | Save $ 5 Get 2Pcs | Save $ 15 Get 3Pcs🔥Free shipping |

Save $ 25 Get 4Pcs🔥Free shipping

**Quantity**

−  1  +

◆ 124 visitors currently looking at this product

🛠 Authority: patented products

∅ Customer service: 24 hours online communication

🔒 Payment security: paypal &amp; Credit card security

🚚 Fast shipping: Enjoy Free Express Shipping on orders over $50

ADD TO CART

BUY IT NOW




2023 Home Decoration Sale - Bucket Lid Mouse Trap
K***5
Recently purchased





# EXHIBIT B



costumebrand

Order

All Orders

Abandoned Order

Product manage...

## All Orders

| All | Unfulfilled |

All order status | All delivery... | Start date — End date | All paymen... | All payment c... | Country/ R... | Payment Status | bucket-lid-mouse-trap | Search

| | Order number | Payment time | Payment Status | Payment method | Payment channel | Logistics status | Total Amount | Product | Country/ Region | Operation |
|---|---|---|---|---|---|---|---|---|---|---|

No Data

0 total

50 / page

Settings



# EXHIBIT C

☰ All | Medical Care ˅ | Groceries ˅ | Best Sellers | Amazon Basics | New Releases | Prime ˅ | Music | Customer Service | Today's Deals | Amazon Home | Registry | Books | Pharmacy | Gift Cards ˅ | Luxury Stores | Smart Home | Fashion | Sell | Toys & Games | Find a Gift | Automotive | Computers | Coupons | Memorial Day: up

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home

Kat Sense: Your Department of Defense    KAT SENSE    ★★★★☆ 6,882    $17.96 $19.96 ✓prime    Save 10% more with Subscribe & Save

## Customers who viewed this item also viewed

 Pack 2 Bucket Lid Mouse Trap, 5 Gallon Bucket Compatible, Mouse Catching Tool, Trap Door Style, Multi Catch, Auto Reset, Indoor Outdoor (Wine)
★★★★☆ 49
$14.99

 Pack 3 Bucket Lid Mouse Rat Trap, Mouse Catching Tool, Trap Door Style, Multi Catch, Auto Reset, Indoor Outdoor, 5 Gallon Bucket Compatible
★★★☆☆ 7
$23.99 ($8.00/Count)

 Arber Traps Bucket Lid Mouse Trap, Fits on 5 Gallon + 12 Pcs Sticky Mouse Traps Glue + 6 Pcs Spring Snap Traps for Mice - Multi Catch Human...
★★★★☆ 38
$29.97

Patio, Lawn & Garden › Pest Control › Traps



Roll over image to zoom in

       

### 2 Pack Mice Mouse Trap Bucket Flip Lid, Bucket Lid Mouse Rat Trap Indoor Outdoor, Humane Mouse Trap, Mouse Catching Tool Auto Reset, 5 Gallon Bucket Compatible (Without Barrel)

Brand: KUWSEIY
3.1 ★★★☆☆ ˅    24 ratings
100+ bought in past month

$12.99 ($6.50 / Count)

Get Fast, Free Shipping with Amazon Prime
FREE Returns ˅

Get $10 off instantly: Pay $2.99 $12.99 upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| Brand | KUWSEIY |
| Color | 2 Pack |
| Style | Modern |
| Material | Plastic |
| Product Dimensions | 12.17"L x 12.17"W x 2.99"H |
| Number of Pieces | 1 |

˅ See more

#### About this item

- 【Bucket Mouse Trap】Automatically resets and holds upwards of 10 mice and 5+ medium-sized Rats. Unlike conventional mouse trap bucket lid which only catches 1 or 2. The test concluded that the multi-catch traps by amount 4x. [5 Gallon Bucket is NOT included]
- 【Pet/Children Friendly】Stop purchasing traditional mouse trap which can harm your family pet or even worse harm your children. Our humane mouse trap is 100% safe, please feel free to use it.
- 【Easy To Use】Only snap it onto a standard-sized 5 gallon bucket mouse trap and boom your catching mice and rats. No simple release of the mice far away from your house.

prime
Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows with Prime
Try Prime and start saving today with fast, free delivery

Delivery | Pickup

One-time purchase: ⦿
$12.99 ($6.50 / Count)

Get Fast, Free Shipping with Amazon Prime
FREE Returns ˅

FREE delivery Tuesday, May 28 on orders shipped by Amazon over $35

Or fastest delivery Friday, May 24. Order within 9 hrs 22 mins

Delivering to Los Angeles 90020 - Update location

In Stock

Quantity: 1 ˅

[ Add to Cart ]
[ Buy Now ]

Ships from  Amazon
Sold by  KUWSEIY
Returns  Eligible for Return, Refund or Replacement within 30 days of receipt
Payment  Secure transaction



amazon.com/Mouse-Trap,-Bucket-Indoor-Outdoor/dp/B0CWCYXX8V?th=1

amazon
Delivering to Los Angeles 90020 Update location
Garden & Outdoor
Search Amazon
EN
Hello, sign in Account & Lists
Returns & Orders

All | Medical Care | Groceries | Best Sellers | Amazon Basics | New Releases | Prime | Music | Customer Service | Today's Deals | Amazon Home | Registry | Books | Pharmacy | Gift Cards | Luxury Stores | Smart Home | Fashion | Sell | Toys & Games | Find a Gift | Automotive | Computers | Celebrate National Small Busin

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home I

Raid Essentials Flying Insect Light Trap Refills, 2 Light Trap Refill...
★★★★☆ 2,243
Save 5% more with Subscribe & Save
Shop now

Patio, Lawn & Garden › Pest Control › Traps



Roll over image to zoom in

    

## Mouse Trap，Flip and Slide Bucket Lid Mice Rat Trap，for Indoor Outdoor Multi Catch Auto Reset (Size : Black)

Brand: SnOwky

$36.89

Get $10 off instantly: Pay $26.89 $36.89 upon approval for the Amazon Store Card. No annual fee.

**Size: Black**

| Yellow $36.89 | Red $36.89 | White $36.89 | Black $36.89 |

| Brand | SnOwky |
| Color | One Color |
| Item Weight | 516 Grams |
| Number of Pieces | 1 |

### About this item

- 【Special Designed】This trap was designed with the intent to be used in a catch and release style, but it is optionable to fill the bucket up with water to make the trap lethal.
- 【Cleaner than ever】No more need to discard mice with glue or traps, which can infect them with a deadly disease.Now, just release/dispose of the mouse without having to go anywhere near the mess.
- 【Easy to use】All you have to do is clip it into a standard size 5-gallon bucket and use it to catch rats and mice.No longer handle single-use traps, which are often ineffective and unhygienic.
- 【Family Friendly】Stop purchasing traditional mouse traps which can harm your family pet or even worse... your children. Our mouse trap is 100% safe .
- 【Reasonable use】We can spread peanut butter in the tunnel of the mousetrap, and the mouse will follow the smell into the tunnel, and fall back into the bucket without getting the peanut butter.

 Report an issue with this product or seller



Kat Sense: Your Department of Defense
Kat Sense Covered Rat &...
$17.96 $19.96 ✓prime
Save 10% more
with Subscribe & Save

$36.89

$3.99 delivery June 6 - 17. Details

Delivering to Los Angeles 90020 - Update location

In stock
Usually ships within 4 to 5 days.

Quantity: 1

**Add to Cart**

**Buy Now**

Ships from 新缘县盛田百货店
Sold by 新缘县盛田百货店
Returns 30-day refund/replacement
Payment Secure transaction

**Add to List**


HECO ARMOR Outdoor Hanging Wasps Traps
HECO ARMOR Wasp Traps, Outdoo...
★★★☆☆ 69
20% off Limited time deal
$23.99 $29.99 ✓prime
Sponsored ⓘ



walmart.com/ip/Flip-N-Slide-Bucket-Lid-Mouse-Trap-Slide-N-Bucket-Lid-Mouse-Rat-Trap-Auto-Reset-Mouse... 01643802

How do you want your items?
Los Angeles, 90020 • Burbank Super...

Search everything at Walmart online and in store

Reorder
My Items

Sign In
Account

Departments | Services | Deals  Grocery & Essentials  Father's Day  Graduation  Summer Gathering  Home  Fashion  Patio & Garden  Health & Wellness  Registry  ONE Debit  Walmart+

STEM **Flying insect light trap** Free of chemical insecticides.

Sponsored

Estrela

Flip N Slide Bucket Lid Mouse Trap,Slide N Bucket Lid Mouse Rat Trap,Auto Reset Mouse Trap for Indoor and Outdoor (Yellow)

Free 30-day returns

**$9 99** Price when purchased online

Add to cart

**How do you want your item?**

Shipping
Arrives Jun 7
$7.00

Pickup
Not available

Delivery
Not available

Delivery to  Los Angeles, 90020

Sold and shipped by Estrela
View seller information
Free 30-day returns  Details

Add to list       Add to registry

Sponsored
**$21.99**
2 Pack Mouse Catchers Bucket Lid with Upgraded Clear Box, 2 Entrances & Auto Reset, Reusable Humane Rat Catcher for...
2-day shipping

+ Add

**Popular items in this category**
Best selling items that customers love

Options        + Add        Options        + Add

walmart.com/ip/Mouse-Rat-Trap-Flip-Slide-Mouse-Trap-Bucket-Catcher-Mousetrap-Slide-Bucket-Lid/311130...



Search everything at Walmart online and in store

How do you want your items?
Los Angeles, 90020 • Burbank Super...

Reorder
My Items

Sign In
Account

Departments | Services | Deals | Grocery & Essentials | Father's Day | Graduation | Summer Gathering | Home | Fashion | Patio & Garden | Health & Wellness | Registry | ONE Debit | Walmart+

Sponsored
Got ants? Defend your home with Combat.



**Package does NOT include Bucket (Trap Lid fits 5 Gallon Bucket)**

MG

Mouse Rat Trap Flip & Slide Mouse Trap Bucket Catcher Mousetrap Slide Bucket Lid

★★★☆☆ (3.2) 29 reviews

Free shipping    Free 30-day returns

$9.95  Price when purchased online ⓘ

**Add to cart**

How do you want your item?

| Shipping | Pickup | Delivery |
| Arrives May 31 | Not available | Not available |
| Free | | |

Delivery to  Los Angeles, 90020

Sold and shipped by Alltech Devices, LLC | ✓ Pro Seller ⓘ
★★★★☆ 103 seller reviews
View seller information
Free 30-day returns  Details

♡ Add to list        Add to registry

Sponsored
$37.71
Oxgord Live Animal Trap Humane Catch & Release Cage Cat Rabbit Rodents 2-Door Foldable Heavy Duty Trapping Kit (Large )...
★★★★☆ 134
2-day shipping
+ Add



Continue your search on Walmart

🔍 bucket mouse trap    🔍 onebit rat bar poison    🔍 rinnetraps - flip n slide bucket lid mouse trap    🔍 mouse tramp    🔍 rat trap bucket

🔍 flip and slide mouse trap    🔍 mouse trap flip bucket top    🔍 bucket mouse trap 5 gallon

**Similar items you might like**
Based on what customers bought



Reduced price

12PCS





How do you want your items?
Los Angeles, 90020 • Burbank Super...

Search everything at Walmart online and in store

Reorder My Items
Sign In Account

Departments | Services | Deals | Grocery & Essentials | Father's Day | Graduation | Summer Gathering | Home | Fashion | Patio & Garden | Health & Wellness | Registry | ONE Debit | Walmart+

Sponsored ⓘ

Flying insect light trap   Free of chemical insecticides.





Estrela
Flip N Slide Bucket Lid Mouse Trap,Slide N Bucket Lid Mouse Rat Trap,Auto Reset Mouse Trap for Indoor and Outdoor (Yellow)

Free 30-day returns

$9.99   Price when purchased online ⓘ

Add to cart

How do you want your item?

Shipping
Arrives Jun 7
$7.00

Pickup
Not available

Delivery
Not available

Delivery to  Los Angeles, 90020

Sold and shipped by Estrela
View seller information
Free 30-day returns  Details

Add to list          Add to registry

Sponsored
$21.99
2 Pack Mouse Catchers Bucket Lid with Upgraded Clear Box, 2 Entrances & Auto Reset, Reusable Humane Rat Catcher for...
2-day shipping
+ Add

## How This Trap Works




① Mice climb the provided ramp toward the bait located inside of the tunnel

② Mice will inch out onto the counter weighted platform to eat the bait

NOTE: BUCKET NOT INCLUDED

③ The mouses weight will trigger the platform to fall forward

④ The platform will then automatically reset for the next mouse

### Popular items in this category
Best selling items that customers love






Options

+ Add

Options

+ Add



How do you want your items?
Los Angeles, 90020 • Burbank Super...

Search everything at Walmart online and in store

Reorder
My Items

Sign In
Account

Departments    Services    Deals    Grocery & Essentials    Father's Day    Graduation    Summer Gathering    Home    Fashion    Patio & Garden    Health & Wellness    Registry    ONE Debit    Walmart+

Sponsored

Flying insect light trap   Free of chemical insecticides.














Aegis
2x Mice Trap Reusable Smart Flip and Slide Bucket Lid Mouse Rat trap Auto Reset

★★★☆☆ (2.9)  7 reviews

🚚 Free shipping    🔄 Free 30-day returns

$19.99   Price when purchased online ⓘ

**Add to cart**

How do you want your item?

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives May 31 Free | Not available | Not available |

Delivery to  Los Angeles, 90020

Sold and shipped by Aegis Inc
★★★★½ 84 seller reviews
View seller information
🔄 Free 30-day returns   Details

♡ Add to list        Add to registry

Sponsored
$11.99
HYEASTR Mouse Trap Bucket Flip Lid Mouse Rat Trap Bucket Lid Auto Reset Multi Catch Humane Rat Trap for Indoor...
3+ day shipping
+ Add

## Continue your search on Walmart

🔍 rinnetraps - flip n slide bucket lid mouse trap    🔍 mouse trap that goes on a bucket    🔍 rat traps    🔍 rat trap bucket

🔍 auto reset barrow mouse and rat    🔍 rat trap bucket lids    🔍 rodent traps

## Similar items you might like
Based on what customers bought

100+ bought since yesterday






Case 1:25-cv-10292 Document #: 1-12 Filed: 05/31/24 Page 28 of 31 PageID #:2305




Search everything at Walmart online and in store

Reorder
My Items

Sign In
Account

Departments | Services | Deals   Grocery & Essentials   Father's Day   Graduation   Summer Gathering   Home   Fashion   Patio & Garden   Health & Wellness   Registry   ONE Debit   Walmart+

 Prevent bug bites  Protection for every day.

Sponsored










HYEASTR

HYEASTR Mouse Trap Bucket Lid (2 Pack) - Humane Flip and Slide Bucket Lid Mouse/Mice/Rat Trap, Auto Reset, Multi Catch Mice Trap Compatible with 5 Gallon Bucket for Indoor/Outdoor/Chicken Coop

★☆☆☆☆ (1.0) 1 review

Free shipping    Free 30-day returns

$16.79  Price when purchased online

Add to cart

How you'll get this item:

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives May 30 Free | Not available | Not available |

Los Angeles, 90020   Change

Arrives by Thu, May 30    More options

Sold and shipped by HYEASTR STORE
★★★☆☆ 3 seller reviews
View seller information
Free 30-day returns   Details

Add to list          Add to registry

Sponsored
$37.71
Oxgord Live Animal Trap Humane Catch & Release Cage Cat Rabbit Rodents 2-Door Foldable Heavy Duty Trapping Kit (Large )...
★★★★☆ 134
2-day shipping
+ Add

## Similar items you might like
Based on what customers bought




+ Add


+ Add


+ Add


Options

How do you want your items?
Los Angeles, 90020 · Burbank Super...

Search everything at Walmart online and in store

Reorder My Items | Sign In Account

Departments | Services | Deals | Grocery & Essentials | Father's Day | Graduation | Summer Gathering | Home | Fashion | Patio & Garden | Health & Wellness | Registry | ONE Debit | Walmart+

  Feels good on the skin  Worry free protection.

Sponsored













H&H
Easy Flip And Slide Bucket Lid Mouse & Humane Rat Trap

Free shipping   Free 30-day returns

$39.99  Price when purchased online

Add to cart

### How do you want your item?

| Shipping Arrives May 30 Free | Pickup Not available | Delivery Not available |

Delivery to  Los Angeles, 90020

Sold and shipped by The Modern Supply
★★★☆☆ 10 seller reviews
View seller information
Free 30-day returns  Details

Add to list          Add to registry

Sponsored
$37.71
Oxgord Live Animal Trap Humane Catch & Release Cage Cat Rabbit Rodents 2-Door Foldable Heavy Duty Trapping Kit (Large )...
★★★★☆ 134
2-day shipping

+ Add

## Similar items you might like
Based on what customers bought


Options
+2 options


Options
Sponsored


+ Add
Sponsored


+ Add







Roll over image to zoom in

    

Mice Trap-Flip N Slide Bucket Lid Mouse,Chipmunk Trap|No See Kill| Humane or Lethal| Door Style| Auto Reset| Multi Catch| in-Outdoor| 5 Gallon Bucket Compatible| Reusable| Treated As Humanely...

Brand: Dishe

3.7 ★★★☆☆  8 ratings

$48.69

FREE Returns

| Brand | Dishe |
| Style | Modern |
| Number of Pieces | 1 |
| Is Electric | Yes |
| Target Species | Mouse, Rat, Chicken |

Report an issue with this product or seller

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows with Prime

Try Prime and start saving today with fast, free delivery

Delivery | Pickup

$48.69

FREE Returns

FREE delivery **Tuesday, May 28.** Order within **14 hrs 24 mins**

Delivering to Los Angeles 90020 - Update location

**Only 1 left in stock - order soon.**

Add to Cart

Buy Now

Ships from Amazon
Sold by Iorado
Returns Eligible for Return, Refund or Replacement within 30 days of receipt
Payment Secure transaction

☐ Add a gift receipt for easy returns

Add to List

## Products related to this item

Sponsored ⓘ

Page 1 of 2

| Multi-Catch Mouse Traps Outdoor - Humane or Lethal Squirrel Traps - 5 Gallon Bucket... | Mouse Trap Bucket- 5 Gallon Bucket Lid Mouse Rat Trap 3 Pack - Automatic Reset Flip... | Mouse Trap Bucket- 5 Gallon Bucket Lid Mouse Rat Trap 4 Pack - Automatic Reset Flip... | Upgraded 5 Gallon Bucket Lid, Bucket Lid, Trapdoor Style, Indoor and Outdoor, Reusa... | LockNLube Grease Gun Coupler locks onto Zerk fittings. Grease goes in, not on the m... | 200PCS Barrel Snap Swivel Fishing Accessories, Premium Fishing Gear... |
| 3.0 ★★★☆☆ 85 | 3.6 ★★★☆☆ 2,554 | 3.8 ★★★☆☆ 709 | 3.2 ★★★☆☆ 417 | 4.7 ★★★★★ 29,642 | 4.6 ★★★★★ 5,555 |
| $49.99 | $23.88 ($7.96/Count) | $28.88 ($7.22/Count) | $12.98 | #1 Best Seller $32.99 | $9.99 |
| prime | prime | prime | prime | prime | prime |



flip and slide mouse trap

‹ Back to results



Roll over image to zoom in

      

VIDEO

**Walk The Plank Bucket Mouse Trap | Flip and Slide | Water-Proof | Durable | Auto-Reset - Live or Kill**

Brand: PLANKYPRO

3.9 ★★★★☆ 775 ratings

50+ bought in past month

**-10%** $17⁹⁹

List Price: $19.99 ⓘ

Get **Fast, Free Shipping** with **Amazon Prime**
FREE Returns ⌄

Get $10 off instantly: Pay $7.99 $17.99 upon approval for the Amazon Store Card. No annual fee.

Item Package Quantity: 1

Color: Black

| | |
|---|---|
| Brand | PLANKYPRO |
| Color | Black |
| Style | Plank |
| Material | Plastic |
| Number of Pieces | 1 |
| Is Electric | No |
| Target Species | Mouse, Rat |

**About this item**

- AUTO RESET: The trap resets automatically. You can catch multiple mice at once.
- WATERPROOF: Unlike other traps in the market, our trap is made from durable waterproof plastic.
- POISON FREE: Simply use peanut butter or any other bait that can be stuck to the trap. Keeps your pets safe and out of danger.
- LIVE OR KILL: You have option of using the device as a live catch or to kill the mice. Use water in the bucket if you intend on not releasing the mice. Using fine sand or saw dust at the bottom prevents the mice from jumping out. Using taller bucket is help with the live catch.
- IMPORTANT ( UNIVERSAL BODY) : This plank included in this trap set is specifically calibrated for smaller mice. However a set including bigger plank is available for purchase. Additionally you can also just buy the bigger plank only if you already purchased the smaller trap set. The same UNIVERSAL BODY works with both plank.

**Additional Details**

Small Business



**prime**

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows with Prime

Try Prime and start saving today with fast, free delivery

| Delivery | Pickup |
|---|---|

One-time purchase:
$17⁹⁹

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ⌄

**FREE delivery Tuesday, May 28** on orders shipped by Amazon over $35

Or fastest delivery **Tomorrow, May 23**. Order within **7 hrs 6 mins**

⊙ Delivering to Los Angeles 90020 - Update location

**In Stock**

Quantity: 1 ⌄

**Add to Cart**

**Buy Now**

Ships from Amazon
Sold by Polyproducts44_USA
Returns Eligible for Return, Refund or Replacement within 30 days of receipt
Payment Secure transaction

☐ Add a gift receipt for easy returns

Subscribe & Save: ○
$17⁹⁹ ($17.99 / Count)
FREE delivery Tuesday, May 28 on orders shipped by Amazon over $35