**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Rinne Corp, | |
| Plaintiff, | Case No. 1:23-cv-16232 |
| v. | Honorable Judge Jeffrey I. Cummings |
| The Partnerships, and Unincorporated Associations Identified in Schedule A, | |
| Defendants. | |

**DECLARATION OF SIWEI HUANG**

I, Siwei Huang, declare as follows:

1.      I am an employee of Suzhou Chenghe Network Technology Co., Ltd. (**Chenghe**), which operates the internet store, goblinpocket.com (the **Store**), identified in this lawsuit.  In this capacity, I have personal knowledge of the Store's operation and sales and have access to Chenghe's business records.

2.      I make this declaration based on my personal knowledge and after reviewing Chenghe's business records.  If called as a witness, I can competently testify to the matters stated herein.

3.      Chenghe is incorporated and has its principal place of business in China.  Chenghe operates the Store exclusively in China.  Chenghe has never owned or utilized an office, hired employees, agents, or representatives, maintained bank accounts, owned assets or properties, or qualified to do business in Illinois or any other part of the United States.

4.      Neither the Store nor Chenghe has targeted Illinois residents with their advertisements, nor directed any marketing efforts or materials at Illinois.

1

5.      Rinne Corp (the **Plaintiff**) alleges the Store has infringed on its copyrights and trademarks.  Specifically, Plaintiff's counsel has provided the attached **Exhibit A**, which shows the allegedly infringing products (collectively, **Alleged Products**).

6.      After reviewing the complaint and Exhibit A provided by counsel, I conducted a diligent search of the Store's sales records for the Alleged Products.  **Exhibit B** contains complete and accurate sales records, maintained in the ordinary course of Chenghe's business.

7.      Exhibit B shows that the Store has made no sale of the Alleged Products in the U.S.

8.      There are many similar mousetrap products for sale online.  A brief search reveals numerous similar pictures and sales links for such products.  Many listings use product descriptions of "flip and slide."  *See* Exhibit C.

9.      Before this litigation, the Store was not aware, nor had any reason to be aware, that it could be infringing any copyrights or trademarks.  The Store has not attempted to market or pass off its products as those of the Plaintiff or any other party.

10.      The Store has not received summons of this lawsuit at its email address.

11.      The Store has three Paypal accounts for the Alleged Products, chenghesheep@outlook.com, chenghesite@126.com, and chenghe8827@126.com, with a total frozen amount of $1,981,660 due to the asset restraints imposed by this litigation.

12.      The Store still plans to continue business operations.  However, the existing restraints significantly hinder the Store's liquidity and ability to maintain normal operations.

13.      Upon notice of the current litigation (not through service of summons), Chenghe has permanently removed the listings of the Alleged Products.  While Chenghe is moving to challenge the Preliminary Injunction Order (Dkt. 41), Chenghe assures the court it will not relist the Alleged Products for sale until further ordered by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

[The remainder of this page is intentionally left blank.]

Executed on this 27th day of May, 2024, in Suzhou, Jiangsu, China.

Dated: May 27, 2024                          By: *Siwei Huang*
                                             Siwei Huang

# EXHIBIT A

  

USD     English


GOBLIN POCKET

    

Home     Search     Contact us     All Collections



## Smart Flip N Slide Bucket Lid Mouse Trap

**$29.99** ~~$59.98~~ Save 50%

🛍️ 5.7K Month Sold

👍 It's been recommended by 176 people on Facebook, Twitter and Instagram

👁️ 865 people are viewing this right now

Klarna. 4 interest-free payments. Available for orders above $35. Learn More

**Quantity**

BUY 1     🔥 ($20 OFF) 2 PIECES

🔥 (BUY 2 GET 1 FREE) 3 PIECES

**Quantity**

−     1     +

⏱️ 67 visitors currently looking at this product

🛒 ADD TO CART


UP TO 49% OFF
BIG SALE


🔥 BIG SALE 🔥 VITA...
M***k
Recently purchased

goblinpocket.com/products/smart-flip-n-slide-bucket-lid-mouse-trap

 

USD English



GOBLIN POCKET

Home    Search    Contact us    All Collections



**Smart Flip N Slide Bucket Lid Mouse Trap**

**$29.99**  ~~$59.98~~  Save 50%

5.7K Month Sold

It's been recommended by 176 people on Facebook, Twitter and Instagram

865 people are viewing this right now

Klarna. 4 interest-free payments. Available for orders above $35. Learn More

Quantity

BUY 1    ($20 OFF) 2 PIECES

(BUY 2 GET 1 FREE)  3 PIECES

Quantity

−  1  +

67 visitors currently looking at this product

🛒 ADD TO CART





🔥BIG SALE 🔥VITA...
M***k
Recently purchased





WHY OUR MOUSE TRAP BUCKET LID OVER CONVENTIONAL TRAPS?

- 🐀🐭 **Automatically Resets** and **holds upwards of 30 mice and 10+ medium-sized Rats**; unlike conventional traps which only catch 1 or 2
- 💩🧼 **Sanitary And No Mess** - No more having to dispose of dirty corpses from a glue or snap trap, which can potentially infect you with a deadly disease. Now **simply release/dispose of the mice/rats without getting close to the mess**.
- 🖊️🐀 **Reusable** - The Smart Flip n Slide Bucket Lid Mouse Trap is not a one-and-done throwaway product. You can **use our trap repeatedly without having to toss it out**.
- 🐱👶 **Pet/ Children Friendly** - Stop purchasing traditional Mouse/Rat traps which can harm your family pet or even worse... your children. **Our Mouse/Rat trap is 100% safe and nontoxic**.

HOW DOES IT WORK?

Turn an ordinary 5-gallon bucket into the best trap on the market. No more dealing with 1-time use traps that are often ineffective and unsanitary. With our new Smart Flip n Slide Bucket Lid Mouse Trap, all you have to do is snap it onto a standard-sized 5-gallon bucket and boom you're catching mice and rats.



Reusable Smart Mouse Trap For Mice Flip Slide Bucket Lid

# goblinpocket

Cart > Information > **Shipping** > Payment

| Contact | johndoe789@gmail.com | Change |
|---------|---------------------|--------|
| Ship to | 73 E Lake St. Chicago, 60601 Illinois United States (US) | Change |

## Shipping method

| | | |
|---|---|---|
| ⦿ Standard Shipping | | $ 5.99 |
| ○ Expired Shipping | | $ 8.99 |

☑ Add Shipping Insurance to your order $ 0.90 ❓

‹ Return to information

**Continue to payment**

All rights reserved goblinpocket
goblinpocket*UK



Smart Flip N Slide Bucket Lid Mouse Trap
BUY 1
$ 29.99

| Coupon code | Apply |
|---|---|

| Subtotal | $ 29.99 |
|---|---|
| Shipping Insurance | $ 0.90 |
| Shipping | $ 5.99 |

| Total | USD $ 36.88 |
|---|---|

— WHY CHOOSE US? —

**30-day Satisfaction guarantee with Money Back**
If you're not satisfied with your products we will issue a full refund, no questions asked.

**Over 34.245 successfully shipped orders**
We made as much happy customers as many orders we shipped. You simply have to join our big family.



# EXHIBIT B



goblinpocket

Order

All Orders

Abandoned Order

Product manage...

# All Orders

All | Unfulfilled

All order status | All delivery... | Start date ~ End date | All paymen... | All payment c... | Country/ R... | Payment Status | smart-flip-n-slide-bucket-lid-mouse-trap | Search

| | Order number | Payment time | Payment Status | Payment method | Payment channel | Logistics status | Total Amount | Product | Country/ Region | Operation |
|---|---|---|---|---|---|---|---|---|---|---|

No Data

0 total

1 | 50 / page

Settings

support

# EXHIBIT C

amazon | Delivering to Los Angeles 90020 Update location

Garden & Outdoor | Search Amazon

EN | Hello, sign in Account & Lists | Returns & Orders

☰ All | Medical Care | Groceries | Best Sellers | Amazon Basics | New Releases | Prime | Music | Customer Service | Today's Deals | Amazon Home | Registry | Books | Pharmacy | Gift Cards | Luxury Stores | Smart Home | Fashion | Sell | Toys & Games | Find a Gift | Automotive | Computers | Celebrate National Small Busin

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home I

Raid Essentials Flying Insect Light Trap Refills, 2 Light Trap Refill...
★★★★☆ 2,243
Save 5% more with Subscribe & Save
Shop now

Patio, Lawn & Garden › Pest Control › Traps



Roll over image to zoom in

    

## Mouse Trap，Flip and Slide Bucket Lid Mice Rat Trap，for Indoor Outdoor Multi Catch Auto Reset (Size : Black)

Brand: SnOwky

$36.89

Get $10 off instantly: Pay $26.89 $36.89 upon approval for the Amazon Store Card. No annual fee.

Size: Black

| Yellow $36.89 | Red $36.89 | White $36.89 | **Black $36.89** |

| Brand | SnOwky |
|---|---|
| Color | One Color |
| Item Weight | 516 Grams |
| Number of Pieces | 1 |

### About this item
- 【Special Designed】This trap was designed with the intent to be used in a catch and release style, but it is optionable to fill the bucket up with water to make the trap lethal.
- 【Cleaner than ever】No more need to discard dirty mice with glue or traps, which can infect them with a deadly disease.Now, just release/dispose of the mouse without having to go anywhere near the mess.
- 【Easy to use】All you have to do is clip it into a standard size 5-gallon bucket and use it to catch rats and mice.No longer handle single-use traps, which are often ineffective and unhygienic.
- 【Family Friendly】Stop purchasing traditional mouse traps which can harm your family pet or even worse... your children. Our mouse trap is 100% safe .
- 【Reasonable use】We can spread peanut butter in the tunnel of the mousetrap, and the mouse will follow the smell into the tunnel, and fall back into the bucket without getting the peanut butter.

Report an issue with this product or seller



Kat Sense: Your Department of Defense
Kat Sense Covered Rat &...
$17.96 $19.96 ✓prime
Save 10% more with Subscribe & Save

$36.89
$3.99 delivery June 6 - 17. Details

Delivering to Los Angeles 90020 - Update location

**In stock**
Usually ships within 4 to 5 days.

Quantity: 1

**Add to Cart**

**Buy Now**

Ships from 新疆县盛田百货店
Sold by 新疆县盛田百货店
Returns 30-day refund/replacement
Payment Secure transaction

Add to List



HECO ARMOR
Outdoor Hanging Wasps Traps

HECO ARMOR Wasp Traps, Outdoo...
★★★☆☆ 69
20% off Limited time deal
$23.99 $29.99 ✓prime

Sponsored ⓘ



walmart.com/ip/Flip-N-Slide-Bucket-Lid-Mouse-Trap-Slide-N-Bucket-Lid-Mouse-Rat-Trap-Auto-Reset-Mouse...01643802

How do you want your items?
Los Angeles, 90020 • Burbank Super...

Search everything at Walmart online and in store

Reorder
My Items

Sign In
Account

Departments | Services | Deals  Grocery & Essentials  Father's Day  Graduation  Summer Gathering  Home  Fashion  Patio & Garden  Health & Wellness  Registry  ONE Debit  Walmart+

Sponsored

STEM  **Flying insect light trap**  Free of chemical insecticides.

Estrela

Flip N Slide Bucket Lid Mouse Trap,Slide N Bucket Lid Mouse Rat Trap,Auto Reset Mouse Trap for Indoor and Outdoor (Yellow)

✓ Free 30-day returns

**$9.99**  Price when purchased online

**Add to cart**

How do you want your item?

| Shipping | Pickup | Delivery |
| Arrives Jun 7 | Not available | Not available |
| $7.00 | | |

Delivery to  Los Angeles, 90020

Sold and shipped by Estrela

View seller information

✓ Free 30-day returns  Details

♡ Add to list        Add to registry

Sponsored

**$21.99**

2 Pack Mouse Catchers Bucket Lid with Upgraded Clear Box, 2 Entrances & Auto Reset, Reusable Humane Rat Catcher for...

2-day shipping

**+ Add**

## Popular items in this category

Best selling items that customers love

Options

+ Add

Options

+ Add



walmart.com/ip/Mouse-Rat-Trap-Flip-Slide-Mouse-Trap-Bucket-Catcher-Mousetrap-Slide-Bucket-Lid/311130...

Search everything at Walmart online and in store

Departments | Services | Deals | Grocery & Essentials | Father's Day | Graduation | Summer Gathering | Home | Fashion | Patio & Garden | Health & Wellness | Registry | ONE Debit | Walmart+

Got ants? Defend your home with Combat. *Sponsored*



**Package does NOT include Bucket (Trap Lid fits 5 Gallon Bucket)**

MG

Mouse Rat Trap Flip & Slide Mouse Trap Bucket Catcher Mousetrap Slide Bucket Lid
★★★☆☆ (3.2) 29 reviews

Free shipping | Free 30-day returns

**$9.95** Price when purchased online

**Add to cart**

How do you want your item?

Shipping — Arrives May 31 Free | Pickup — Not available | Delivery — Not available

Delivery to Los Angeles, 90020

Sold and shipped by Alltech Devices, LLC | Pro Seller
★★★★☆ 103 seller reviews
View seller information
Free 30-day returns Details

♡ Add to list | Add to registry

*Sponsored*
$37.71
Oxgord Live Animal Trap Humane Catch & Release Cage Cat Rabbit Rodents 2-Door Foldable Heavy Duty Trapping Kit (Large )...
★★★★☆ 134
2-day shipping
+ Add

Continue your search on Walmart

bucket mouse trap | onebit rat bar poison | rinnetraps - flip n slide bucket lid mouse trap | mouse tramp | rat trap bucket | flip and slide mouse trap | mouse trap flip bucket top | bucket mouse trap 5 gallon

**Similar items you might like**
Based on what customers bought

Reduced price
12PCS



How do you want your items?
Los Angeles, 90020 • Burbank Super...

Search everything at Walmart online and in store

Reorder
My Items

Sign In
Account

Departments | Services | Deals | Grocery & Essentials | Father's Day | Graduation | Summer Gathering | Home | Fashion | Patio & Garden | Health & Wellness | Registry | ONE Debit | Walmart+

Sponsored
STEM **Flying insect light trap** Free of chemical insecticides.


## How This Trap Works


1. Mice climb the provided ramp toward the bait located inside of the tunnel


2. Mice will inch out onto the counter weighted platform to eat the bait

NOTE: BUCKET NOT INCLUDED


3. The mouses weight will trigger the platform to fall forward


4. The platform will then automatically reset for the next mouse







Estrela

Flip N Slide Bucket Lid Mouse Trap,Slide N Bucket Lid Mouse Rat Trap,Auto Reset Mouse Trap for Indoor and Outdoor (Yellow)

Free 30-day returns

$9.99  Price when purchased online

**Add to cart**

How do you want your item?

Shipping
Arrives Jun 7
$7.00

Pickup
Not available

Delivery
Not available

Delivery to Los Angeles, 90020

Sold and shipped by Estrela
View seller information
Free 30-day returns  Details

Add to list          Add to registry

Sponsored
$21.99
  
2 Pack Mouse Catchers Bucket Lid with Upgraded Clear Box, 2 Entrances & Auto Reset, Reusable Humane Mouse Catcher for...
2-day shipping

**+ Add**

## Popular items in this category
Best selling items that customers love


Options


+ Add


Options


+ Add



How do you want your items?
Los Angeles, 90020 • Burbank Super...

Search everything at Walmart online and in store

Reorder
My Items

Sign In
Account

Departments | Services | Deals | Grocery & Essentials | Father's Day | Graduation | Summer Gathering | Home | Fashion | Patio & Garden | Health & Wellness | Registry | ONE Debit | Walmart+

Sponsored ⓘ

**Flying insect light trap** Free of chemical insecticides.















Aegis

## 2x Mice Trap Reusable Smart Flip and Slide Bucket Lid Mouse Rat trap Auto Reset

★★★☆☆ (2.9) 7 reviews

🚚 Free shipping    🔄 Free 30-day returns

**$19.99**   Price when purchased online ⓘ

**Add to cart**

### How do you want your item?

| Shipping Arrives May 31 Free | Pickup Not available | Delivery Not available |

Delivery to Los Angeles, 90020

Sold and shipped by Aegis Inc

★★★★½ 84 seller reviews

View seller information

🔄 Free 30-day returns Details

♡ Add to list    Add to registry

Sponsored

**$11.99**

HYEASTR Mouse Trap Bucket Flip Lid Mouse Rat Trap Bucket Lid Auto Reset Multi Catch Humane Rat Trap for Indoor...

3+ day shipping

+ Add

### Continue your search on Walmart

🔍 rinnetraps - flip n slide bucket lid mouse trap   🔍 mouse trap that goes on a bucket   🔍 rat traps   🔍 rat trap bucket

🔍 auto reset barrow mouse and rat   🔍 rat trap bucket lids   🔍 rodent traps

### Similar items you might like

Based on what customers bought

100+ bought since yesterday











OFF! Prevent bug bites Protection for every day.
Sponsored ⓘ



Search everything at Walmart online and in store

How do you want your items?
Los Angeles, 90020 • Burbank Super...

Reorder
My Items

Sign In
Account

Departments | Services | Deals | Grocery & Essentials | Father's Day | Graduation | Summer Gathering | Home | Fashion | Patio & Garden | Health & Wellness | Registry | ONE Debit | Walmart+







HYEASTR

HYEASTR Mouse Trap Bucket Lid (2 Pack) - Humane Flip and Slide Bucket Lid Mouse/Mice/Rat Trap, Auto Reset, Multi Catch Mice Trap Compatible with 5 Gallon Bucket for Indoor/Outdoor/Chicken Coop

★☆☆☆☆ (1.0) 1 review

Free shipping  Free 30-day returns

$16.79 Price when purchased online ⓘ

**Add to cart**

How you'll get this item:

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives May 30 | Not available | Not available |
| Free | | |

Los Angeles, 90020  Change
Arrives by Thu, May 30  More options

Sold and shipped by HYEASTR STORE
★★★☆☆ 3 seller reviews
View seller information
Free 30-day returns  Details

Add to list  Add to registry

Sponsored
$37.71
Oxgord Live Animal Trap Humane Catch & Release Cage Cat Rabbit Rodents 2-Door Foldable Heavy Duty Trapping Kit (Large )...
★★★★☆ 134
2-day shipping
+ Add

## Similar items you might like

Based on what customers bought


+ Add


+ Add


+ Add


Strong Adhesive
Options



Search everything at Walmart online and in store

Reorder
My Items

Sign In
Account

Departments | Services | Deals  Grocery & Essentials  Father's Day  Graduation  Summer Gathering  Home  Fashion  Patio & Garden  Health & Wellness  Registry  ONE Debit  Walmart+

OFF!  Feels good on the skin  Worry free protection.  Sponsored









H&H
Easy Flip And Slide Bucket Lid Mouse & Humane Rat Trap

Free shipping    Free 30-day returns

$39.99    Price when purchased online

**Add to cart**

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives May 30 | Not available | Not available |
| Free | | |

Delivery to  Los Angeles, 90020

Sold and shipped by The Modern Supply
★★★☆☆ 10 seller reviews
View seller information
Free 30-day returns  Details

♡ Add to list          Add to registry

Sponsored
$37.71
Oxgord Live Animal Trap Humane Catch & Release Cage Cat Rabbit Rodents 2-Door Foldable Heavy Duty Trapping Kit (Large )...
★★★★☆ 134
2-day shipping

**+ Add**

## Similar items you might like
Based on what customers bought







Options        Options        + Add        + Add

+2 options





## Mice Trap-Flip N Slide Bucket Lid Mouse,Chipmunk Trap|No See Kill| Humane or Lethal| Door Style| Auto Reset| Multi Catch| in-Outdoor| 5 Gallon Bucket Compatible| Reusable| Treated As Humanely...

Brand: Dishe

3.7 ★★★☆☆  8 ratings

**$48.69**

FREE Returns

| | |
|---|---|
| Brand | Dishe |
| Style | Modern |
| Number of Pieces | 1 |
| Is Electric | Yes |
| Target Species | Mouse, Rat, Chicken |

Report an issue with this product or seller

**prime**

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows with Prime

Try Prime and start saving today with fast, free delivery

**Delivery** | Pickup

**$48.69**

FREE Returns

FREE delivery **Tuesday, May 28.** Order within **14 hrs 24 mins**

Delivering to Los Angeles 90020 - Update location

**Only 1 left in stock - order soon.**

[ Add to Cart ]

[ Buy Now ]

Ships from  Amazon
Sold by  Iorado
Returns  Eligible for Return, Refund or Replacement within 30 days of receipt
Payment  Secure transaction

☐ Add a gift receipt for easy returns

[ Add to List ]

     

Roll over image to zoom in

## Products related to this item

Page 1 of 2

Sponsored

 

Multi-Catch Mouse Traps Outdoor - Humane or Lethal Squirrel Traps - 5 Gallon Bucket...
3.0 ★★★☆☆ 85
**$49.99**
prime

Mouse Trap Bucket- 5 Gallon Bucket Lid Mouse Rat Trap 3 Pack - Automatic Reset Flip...
3.6 ★★★☆☆ 2,554
**$23.88** ($7.96/Count)
prime

Mouse Trap Bucket- 5 Gallon Bucket Lid Mouse Rat Trap 4 Pack - Automatic Reset Flip...
3.8 ★★★☆☆ 709
**$28.88** ($7.22/Count)
prime

Upgraded 5 Gallon Bucket Lid, Bucket Lid, Trapdoor Style, Indoor and Outdoor, Reusa...
4.7 ★★★★★ 417
**$12.98**
prime

LockNLube Grease Gun Coupler locks onto Zerk fittings. Grease goes in, not on the m...
4.7 ★★★★★ 29,642
#1 Best Seller
**$32.99**
prime

200PCS Barrel Snap Swivel Fishing Accessories, Premium Fishing Gear...
4.6 ★★★★★ 5,555
**$9.99**
prime









‹ Back to results

# Walk The Plank Bucket Mouse Trap | Flip and Slide | Water-Proof | Durable | Auto-Reset - Live or Kill

Brand: PLANKYPRO

3.9 ★★★★☆ · 775 ratings

50+ bought in past month

-10% **$17**.99

List Price: $19.99 ⓘ

Get Fast, Free Shipping with Amazon Prime

FREE Returns ⌄

Get $10 off instantly: Pay $7.99 $17.99 upon approval for the Amazon Store Card. No annual fee.

Item Package Quantity: 1

Color: Black

| | |
|---|---|
| Brand | PLANKYPRO |
| Color | Black |
| Style | Plank |
| Material | Plastic |
| Number of Pieces | 1 |
| Is Electric | No |
| Target Species | Mouse, Rat |

## About this item

- AUTO RESET: The trap resets automatically. You can catch multiple mice at once.
- WATERPROOF: Unlike other traps in the market, our trap is made from durable waterproof plastic.
- POISON FREE: Simply use peanut butter or any other bait that can be stuck to the trap. Keeps your pets safe and out of danger.
- LIVE OR KILL: You have option of using the device as a live catch or to kill the mice. Use water in the bucket if you intend on not releasing the mice. Using fine sand or saw dust at the bottom prevents the mice from jumping out. Using taller bucket is help with the live catch.
- IMPORTANT ( UNIVERSAL BODY) : This plank included in this trap set is specifically calibrated for smaller mice. However a set including bigger plank is available for purchase. Additionally you can also just buy the bigger plank only if you already purchased the smaller trap set. The same UNIVERSAL BODY works with both plank.

## Additional Details

Small Business

Right sidebar

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows with Prime

Try Prime and start saving today with fast, free delivery

Delivery | Pickup

One-time purchase:

**$17**.99

Get Fast, Free Shipping with Amazon Prime

FREE Returns ⌄

FREE delivery **Tuesday, May 28** on orders shipped by Amazon over $35

Or fastest delivery **Tomorrow, May 23**. Order within **7 hrs 6 mins**

ⓘ Delivering to Los Angeles 90020 - Update location

In Stock

Quantity: 1

Add to Cart

Buy Now

Ships from Amazon
Sold by Polyproducts44_USA
Returns Eligible for Return, Refund or Replacement within 30 days of receipt
Payment Secure transaction

☐ Add a gift receipt for easy returns

Subscribe & Save:

**$17**.99 ($17.99 / Count)

FREE delivery **Tuesday, May 28** on orders shipped by Amazon over $35