**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Rinne Corp, | |
| Plaintiff, | Case No. 1:23-cv-16232 |
| v. | Honorable Judge Jeffrey I. Cummings |
| The Partnerships, and Unincorporated Associations Identified in Schedule A, | |
| Defendants. | |

## <u>DECLARATION OF MIAO XU</u>

I, Miao Xu, declare as follows:

1.      I am an employee of Vanice Technology (**Vanice**), which operates the internet store, enjoyaitlife.com (the **Store**), identified in this lawsuit.  In this capacity, I have personal knowledge of the Store's operation and sales and have access to Vanice's business records.

2.      I make this declaration based on my personal knowledge and after reviewing Vanice's business records.  If called as a witness, I can competently testify to the matters stated herein.

3.      Vanice is incorporated and has its principal place of business in China.  Vanice operates the Store exclusively in China.  Vanice has never owned or utilized an office, hired employees, agents, or representatives, maintained bank accounts, owned assets or properties, or qualified to do business in Illinois or any other part of the United States.

4.      Neither the Store nor Vanice has targeted Illinois residents with their advertisements, nor directed any marketing efforts or materials at Illinois.

5.      Rinne Corp (the **Plaintiff**) alleges the Store has infringed on its copyrights and trademarks.  Specifically, Plaintiff's counsel has provided the attached **Exhibit A**, which shows the allegedly infringing products (collectively, **Alleged Products**).

6.      After reviewing the complaint and Exhibit A provided by counsel, I conducted a diligent search of the Store's sales records for the Alleged Products.  **Exhibit B** contains complete and accurate sales records, maintained in the ordinary course of Vanice's business.

7.      Exhibit B shows that the Store has made no sale of the Alleged Products in the U.S.

8.      The Store has not received summons of this lawsuit at its email address.

9.      There are many similar mousetrap products for sale online.  A brief search reveals numerous similar pictures and sales links for such products.  Many listings use product descriptions of "flip and slide."  *See* Exhibit C.

10.     Before this litigation, the Store was not aware, nor had any reason to be aware, that it could be infringing any copyrights or trademarks.  The Store has not attempted to market or pass off its products as those of the Plaintiff or any other party.

11.     The Store uses the Paypal account, vanice211@outlook.com, for the Alleged Products, which has a frozen amount of $111,876.3 due to the asset restraints imposed by this litigation.

12.     The Store still plans to continue business operations.  However, the existing restraints significantly hinder the Store's liquidity and ability to maintain normal operations.

13.     Upon notice of the current litigation (not through service of summons), Vanice has permanently removed the listings of the Alleged Products.  While Vanice is moving to challenge the Preliminary Injunction Order (Dkt. 41), Vanice assures the court it will not relist the Alleged Products for sale until further ordered by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

[The remainder of this page is intentionally left blank.]

Executed on this 27th day of May, 2024, in Chengdu,Sichuan, China.

Dated: May 27, 2024

By:_____
Miao Xu

# EXHIBIT A

🎅🎄 Christmas Hot Sales -50%

enjoyaitlife.com/products/smart-flip-n-slide-bucket-lid-mouse-trap



USD

## 🎅🎄Christmas Hot Sales -50% OFF - Smart Flip N Slide Bucket Lid Mouse Trap

**$34.99** ~~$68.98~~  **Save 49%**

🛍 4.2K Month Sold

👍 It's been recommended by 4.7K people on Facebook, Twitter and Instagram

👁 673 people are viewing this right now

🔥Buy 2 Get Free Shipping🔥:

**Yellow**

🔥Buy More Save Move🔥:

**Buy 1** | Buy 2 🔥 50% OFF & Free Shipping | Buy 3 🔥 70% OFF & Free Shipping

Buy 4 🔥 75% OFF & Free Shipping

🚚Shipping🚚:

**Fast US Shipping (5-7days)**

Quantity

− 1 +

Small: only **3%** left       Tight Inventory

🛒  ADD TO CART

BUY IT NOW

**What's Included**

Home     Bras & Panties     CONTACT US



 USD



















## 🎅🎄Christmas Hot Sales -50% OFF - Smart Flip N Slide Bucket Lid Mouse Trap

**$34.99** ~~$68.98~~ **Save 49%**

📅 4.2K Month Sold

👍 It's been recommended by 4.7K people on Facebook, Twitter and Instagram

👁 673 people are viewing this right now

🔥Buy 2 Get Free Shipping🔥:

**Yellow**

🔥Buy More Save Move🔥:

| Buy 1 | Buy 2 🔥 50% OFF & Free Shipping | Buy 3 🔥 70% OFF & Free Shipping |
|---|---|---|

| Buy 4 🔥 75% OFF & Free Shipping |
|---|

🚚Shipping🚚:

**Fast US Shipping (5-7days)**

Quantity

− 1 +

Small: only **3%** left    **Tight Inventory**

🛒 ADD TO CART

BUY IT NOW



enjoyaitlife.com/products/smart-flip-n-slide-bucket-lid-mouse-trap

USD

enJoyaitlife

Home    Bras & Panties    CONTACT US

## How This Trap Works

1. Mice climb the provided ramp toward the bait located inside of the tunnel

2. Mice will inch out onto the counter weighted platform to eat the bait

NOTE: BUCKET NOT INCLUDED

3. The mouses weight will trigger the platform to fall forward

4. The platform will then automatically reset for the next mouse

🎅🎄 Christmas Hot Sales -50% OFF - Smart Flip N Slide Bucket Lid Mouse Trap

**$34.99** ~~$68.98~~    Save 49%

4.2K Month Sold

It's been recommended by 4.7K people on Facebook, Twitter and Instagram

673 people are viewing this right now

🔥Buy 2 Get Free Shipping🔥:

Yellow

🔥Buy More Save Move🔥:

Buy 1 | Buy 2 🔥 50% OFF & Free Shipping | Buy 3 🔥 70% OFF & Free Shipping

Buy 4 🔥 75% OFF & Free Shipping

🚚Shipping🚚:

Fast US Shipping (5-7days)

Quantity

−  1  +

Small: only **3%** left

Tight Inventory

🛒 ADD TO CART

BUY IT NOW

 Christmas Hot Sales -50%

enjoyaitlife.com/products/smart-flip-n-slide-bucket-lid-mouse-trap







## What's Included



Mouse # 2



WHY OUR MOUSE TRAP BUCKET LID OVER CONVENTIONAL TRAPS?

- 🐀🐀 **Automatically Resets** and **holds upwards of 30 mice and 10+ medium-sized Rats**; unlike conventional traps which only catch 1 or 2
- 🧼🐀 **Sanitary And No Mess** - No more having to dispose of dirty corpses from a glue or snap trap, which can potentially infect you with a deadly disease. Now **simply release/dispose of the mice/rats without getting close to the mess.**
- 🧼🐀 **Reusable** - The Smart Flip n Slide Bucket Lid Mouse Trap is not a one-and-done throwaway product. You can **use our trap repeatedly without having to toss it out.**
- 👶🐀 **Pet/ Children Friendly** - Stop purchasing traditional Mouse/Rat traps which can harm your family pet or even worse... your children. **Our Mouse/Rat trap is 100% safe and nontoxic.**

HOW IT WORKS?

Turn an ordinary 5-gallon bucket into the best trap on the market. No more dealing with 1-time use traps that are often ineffective and unsanitary. With our new Smart Flip n Slide Bucket Lid Mouse Trap, all you have to do is snap it onto a standard-sized 5-gallon bucket and boom you're catching mice and rats.



 🎄 Christmas Hot Sales -50%...
$ 34.99   $68.98

🔥Buy 2 Get Free Shipping🔥

🔥Buy More Save Move🔥

🚚Shipping🚚

Quantity

Yellow

Buy 1

Fast US Shipping (5-7day...

1

ADD TO CART



# EXHIBIT B



# EXHIBIT C

amazon.com/Mice-Mouse-Trap-Catching-Compatible/dp/B0CNNL1HGY?source=ps-sl-shoppingads-lpcontext



Kat Sense: Your Department of Defense ★★★★☆ 6,882 $17.96 $19.96 √prime

Save 10% more with Subscribe & Save

## Customers who viewed this item also viewed

 Pack 2 Bucket Lid Mouse Trap, 5 Gallon Bucket Compatible, Mouse Catching Tool, Trap Door Style, Multi Catch, Auto Reset, Indoor Outdoor (Wine)
★★★★☆ 49
$14.99

 Pack 3 Bucket Lid Mouse Rat Trap, Mouse Catching Tool, Trap Door Style, Multi Catch, Auto Reset, Indoor Outdoor, 5 Gallon Bucket Compatible
★★★☆☆ 7
$23.99 ($8.00/Count)

 Arber Traps Bucket Lid Mouse Trap, Fits on 5 Gallon + 12 Pcs Sticky Mouse Traps Glue + 6 Pcs Spring Snap Traps for Mice - Multi Catch Human...
★★★★☆ 38
$29.97

Patio, Lawn & Garden › Pest Control › Traps



Roll over image to zoom in



### 2 Pack Mice Mouse Trap Bucket Flip Lid, Bucket Lid Mouse Rat Trap Indoor Outdoor, Humane Mouse Trap, Mouse Catching Tool Auto Reset, 5 Gallon Bucket Compatible (Without Barrel)

Brand: KUWSEIY
3.1 ★★★☆☆ ∨  24 ratings
100+ bought in past month

$12.99 ($6.50 / Count)

Get Fast, Free Shipping with Amazon Prime

FREE Returns ∨

Get $10 off instantly: Pay $2.99 $12.99 upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| Brand | KUWSEIY |
| Color | 2 Pack |
| Style | Modern |
| Material | Plastic |
| Product Dimensions | 12.17"L x 12.17"W x 2.99"H |
| Number of Pieces | 1 |

∨ See more

### About this item

- 【Bucket Mouse Trap】Automatically resets and holds upwards of 10 mice and 5+ medium-sized Rats. Unlike conventional mouse trap bucket lid which only catches 1 or 2. The test concluded that the multi-catch traps by amount 4x. [5 Gallon Bucket is NOT included]
- 【Pet/Children Friendly】Stop purchasing traditional mouse trap which can harm your family pet or even worse harm your children. Our humane mouse trap is 100% safe, please feel free to use it.
- 【Easy To Use】Only snap it onto a standard-size 5 gallon bucket mouse trap and boom your catching mice and rats. No simple release of the mice far away from your house.



prime

**Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows with Prime**

Try Prime and start saving today with fast, free delivery

Delivery | Pickup

One-time purchase: ⦿
$12.99 ($6.50 / Count)

Get Fast, Free Shipping with Amazon Prime

FREE Returns ∨

FREE delivery **Tuesday, May 28** on orders shipped by Amazon over $35

Or fastest delivery **Friday, May 24.** Order within **9 hrs 22 mins**

⊙ Delivering to Los Angeles 90020 - Update location

**In Stock**

Quantity: 1 ∨

**Add to Cart**

**Buy Now**

Ships from Amazon
Sold by KUWSEIY
Returns Eligible for Return, Refund or Replacement within 30 days of receipt
Payment Secure transaction

☐ Add a gift receipt for easy

amazon | Delivering to Los Angeles 90020 Update location

Search Amazon

EN | Hello, sign in Account & Lists | Returns & Orders

☰ All | Medical Care | Groceries | Best Sellers | Amazon Basics | New Releases | Prime | Music | Customer Service | Today's Deals | Amazon Home | Registry | Books | Pharmacy | Gift Cards | Luxury Stores | Smart Home | Fashion | Sell | Toys & Games | Find a Gift | Automotive | Computers | Celebrate National Small Busin

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home I

Raid Essentials Flying Insect Light Trap Refills, 2 Light Trap Refill... ★★★★½ 2,243    Save 5% more with Subscribe & Save    Shop now

Patio, Lawn & Garden › Pest Control › Traps



Roll over image to zoom in

     

## Mouse Trap，Flip and Slide Bucket Lid Mice Rat Trap，for Indoor Outdoor Multi Catch Auto Reset (Size : Black)

Brand: SnOwky

$36.89

Get $10 off instantly: Pay $26.89 $36.89 upon approval for the Amazon Store Card. No annual fee.

Size: Black

| Yellow $36.89 | Red $36.89 | White $36.89 | **Black $36.89** |

| Brand | SnOwky |
| Color | One Color |
| Item Weight | 516 Grams |
| Number of Pieces | 1 |

### About this item

- 【Special Designed】This trap was designed with the intent to be used in a catch and release style, but it is optionable to fill the bucket up with water to make the trap lethal.
- 【Cleaner than ever】No more need to discard dirty mice with glue or traps, which can infect them with a deadly disease.Now, just release/dispose of the mouse without having to go anywhere near the mess.
- 【Easy to use】All you have to do is clip it into a standard size 5-gallon bucket and use it to catch rats and mice.No longer handle single-use traps, which are often ineffective and unhygienic.
- 【Family Friendly】Stop purchasing traditional mouse traps which can harm your family pet or even worse... your children. Our mouse trap is 100% safe .
- 【Reasonable use】We can spread peanut butter in the tunnel of the mousetrap, and the mouse will follow the smell into the tunnel, and fall back into the bucket without getting the peanut butter.

Report an issue with this product or seller



Kat Sense: Your Department of Defense
Kat Sense Covered Rat &...
$17.96 $19.96 ✓prime
Save 10% more with Subscribe & Save

$36.89

$3.99 delivery June 6 - 17. Details

Delivering to Los Angeles 90020 - Update location

**In stock**

Usually ships within 4 to 5 days.

Quantity: 1

**Add to Cart**

**Buy Now**

Ships from 新疆喜盛田百货店
Sold by 新疆喜盛田百货店
Returns 30-day refund/replacement
Payment Secure transaction

Add to List



HECO ARMOR Outdoor Hanging Wasps Traps

HECO ARMOR Wasp Traps, Outdoor...
★★★½ 69
20% off Limited time deal
$23.99 $29.99 ✓prime

Sponsored ⓘ

Case 1:23-cv-10232 Document 1-4 Filed 05/31/24 Page 16 of 23 PageID #:3346



How do you want your items?
Los Angeles, 90020 • Burbank Super...

Search everything at Walmart online and in store

Reorder
My Items

Sign In
Account

Departments | Services | Deals | Grocery & Essentials | Father's Day | Graduation | Summer Gathering | Home | Fashion | Patio & Garden | Health & Wellness | Registry | ONE Debit | Walmart+

Sponsored

STEM **Flying insect light trap** Free of chemical insecticides.

Estrela

Flip N Slide Bucket Lid Mouse Trap,Slide N Bucket Lid Mouse Rat Trap,Auto Reset Mouse Trap for Indoor and Outdoor (Yellow)

Free 30-day returns

**$9.99** Price when purchased online

Add to cart

### How do you want your item?

**Shipping**
Arrives Jun 7
$7.00

**Pickup**
Not available

**Delivery**
Not available

Delivery to Los Angeles, 90020

Sold and shipped by Estrela

View seller information

Free 30-day returns Details

Add to list

Add to registry

Sponsored
$21.99

2 Pack Mouse Catchers Bucket Lid with Upgraded Clear Box, 2 Entrances & Auto Reset, Reusable Humane Rat Catcher for...

2-day shipping

+ Add

## Popular items in this category

Best selling items that customers love

Options

+ Add

Options

+ Add

Case 1:23-cv-16232 Document 1-14 Filed 05/31/24 Page 17 of 23 PageID #:334

Search everything at Walmart online and in store

How do you want your items?
Los Angeles, 90020 • Burbank Super...

Reorder
My Items

Sign In
Account

Departments | Services | Deals | Grocery & Essentials | Father's Day | Graduation | Summer Gathering | Home | Fashion | Patio & Garden | Health & Wellness | Registry | ONE Debit | Walmart+

COMBAT Got ants? Defend your home with Combat.    Sponsored ⓘ



**Package does NOT include Bucket
(Trap Lid fits 5 Gallon Bucket)**

MG
Mouse Rat Trap Flip & Slide Mouse Trap Bucket Catcher Mousetrap Slide Bucket Lid
★★★☆☆ (3.2) 29 reviews

Free shipping    Free 30-day returns

$9.95  Price when purchased online ⓘ

Add to cart

How do you want your item?

Shipping
Arrives May 31
Free

Pickup
Not available

Delivery
Not available

Delivery to Los Angeles, 90020

Sold and shipped by Alltech Devices, LLC | ⊘ Pro Seller ⓘ

★★★★☆ 103 seller reviews
View seller information
ⓘ Free 30-day returns Details

♡ Add to list        Add to registry

Sponsored
$37.71
Oxgord Live Animal Trap Humane Catch & Release Cage Cat Rabbit Rodents 2-Door Foldable Heavy Duty Trapping Kit (Large )...
★★★★☆ 134
2-day shipping
+ Add

**Continue your search on Walmart**

bucket mouse trap | onebit rat bar poison | rinnetraps - flip n slide bucket lid mouse trap | mouse tramp | rat trap bucket
flip and slide mouse trap | mouse trap flip bucket top | bucket mouse trap 5 gallon

**Similar items you might like**
Based on what customers bought

Reduced price
12PCS

How do you want your items?
Los Angeles, 90020 • Burbank Super...

Search everything at Walmart online and in store

Reorder
My Items

Sign In
Account

Departments | Services | Deals | Grocery & Essentials | Father's Day | Graduation | Summer Gathering | Home | Fashion | Patio & Garden | Health & Wellness | Registry | ONE Debit | Walmart+

Sponsored ⓘ
STEM **Flying insect light trap** Free of chemical insecticides.











**How This Trap Works**

1. Mice climb the provided ramp toward the bait located inside of the tunnel
2. Mice will inch out onto the counter weighted platform to eat the bait
3. The mouses weight will trigger the platform to fall forward
4. The platform will then automatically reset for the next mouse

NOTE: BUCKET NOT INCLUDED

Estrela

Flip N Slide Bucket Lid Mouse Trap,Slide N Bucket Lid Mouse Rat Trap,Auto Reset Mouse Trap for Indoor and Outdoor (Yellow)

Free 30-day returns

**$9.99** Price when purchased online ⓘ

**Add to cart**

How do you want your item?

Shipping — Arrives Jun 7 $7.00
Pickup — Not available
Delivery — Not available

Delivery to Los Angeles, 90020

Sold and shipped by Estrela
View seller information
Free 30-day returns Details

Add to list | Add to registry

Sponsored
$21.99
2 Pack Mouse Catchers Bucket Lid with Upgraded Clear Box, 2 Entrances & Auto Reset, Reusable Humane Rat Catcher for...
2-day shipping
+ Add

### Popular items in this category
Best selling items that customers love






Options | Add | Options | Add



How do you want your items?
Los Angeles, 90020 • Burbank Super...

Search everything at Walmart online and in store

Reorder
My Items

Sign In
Account

Departments     Services     Deals     Grocery & Essentials     Father's Day     Graduation     Summer Gathering     Home     Fashion     Patio & Garden     Health & Wellness     Registry     ONE Debit     Walmart+



**Flying insect light trap**  Free of chemical insecticides.

Sponsored









  





Aegis

2x Mice Trap Reusable Smart Flip and Slide Bucket Lid Mouse Rat trap Auto Reset

★★★☆☆ (2.9)  7 reviews

Free shipping     Free 30-day returns

**$19.99**  Price when purchased online ⓘ

**Add to cart**

### How do you want your item?

| Shipping Arrives May 31 Free | Pickup Not available | Delivery Not available |

Delivery to  Los Angeles, 90020

Sold and shipped by Aegis Inc

★★★★½  84 seller reviews

View seller information

Free 30-day returns  Details

Add to list          Add to registry

Sponsored
**$11.99**
HYEASTR Mouse Trap Bucket Flip Lid Mouse Rat Trap Bucket Lid Auto Reset Multi Catch Humane Rat Trap for Indoor...
3+ day shipping
**+ Add**

### Continue your search on Walmart

rinnetraps - flip n slide bucket lid mouse trap     mouse trap that goes on a bucket     rat traps     rat trap bucket

auto reset barrow mouse and rat     rat trap bucket lids     rodent traps

### Similar items you might like
Based on what customers bought

100+ bought since yesterday



   



Search everything at Walmart online and in store

Reorder
My Items

Sign In
Account

How do you want your items?
Los Angeles, 90020 • Burbank Super...

Departments | Services | Deals Grocery & Essentials Father's Day Graduation Summer Gathering Home Fashion Patio & Garden Health & Wellness Registry ONE Debit Walmart+

Sponsored

 Prevent bug bites Protection for every day.







HYEASTR

HYEASTR Mouse Trap Bucket Lid (2 Pack) - Humane Flip and Slide Bucket Lid Mouse/Mice/Rat Trap, Auto Reset, Multi Catch Mice Trap Compatible with 5 Gallon Bucket for Indoor/Outdoor/Chicken Coop

★☆☆☆☆ (1.0) 1 review

Free shipping  Free 30-day returns

$16.79  Price when purchased online

**Add to cart**

How you'll get this item:

| Shipping | Pickup | Delivery |
| --- | --- | --- |
| Arrives May 30 Free | Not available | Not available |

Los Angeles, 90020  Change
Arrives by Thu, May 30  More options

Sold and shipped by HYEASTR STORE
★★★☆☆ 3 seller reviews
View seller information
Free 30-day returns  Details

Add to list    Add to registry

**Similar items you might like**
Based on what customers bought









Strong Adhesive
Options

+ Add    + Add    + Add

Sponsored
$37.71
Oxgord Live Animal Trap Humane Catch & Release Cage Cat Rabbit Rodents 2-Door Foldable Heavy Duty Trapping Kit (Large )...
★★★★☆ 134
2-day shipping
+ Add



How do you want your items?
Los Angeles, 90020 · Burbank Super...

Search everything at Walmart online and in store

Reorder **My Items**

Sign In **Account**

Departments | Services | Deals | Grocery & Essentials | Father's Day | Graduation | Summer Gathering | Home | Fashion | Patio & Garden | Health & Wellness | Registry | ONE Debit | Walmart+

 **OFF!** Feels good on the skin Worry free protection.

Sponsored











H&H
Easy Flip And Slide Bucket Lid Mouse & Humane Rat Trap

Free shipping | Free 30-day returns

**$39.99** Price when purchased online

**Add to cart**

### How do you want your item?

| Shipping Arrives May 30 Free | Pickup Not available | Delivery Not available |

Delivery to **Los Angeles, 90020**

Sold and shipped by **The Modern Supply**
★★★☆☆ 10 seller reviews
View seller information
Free 30-day returns Details

Add to list    Add to registry

Sponsored
$37.71
Oxgord Live Animal Trap Humane Catch & Release Cage Cat Rabbit Rodents 2-Door Foldable Heavy Duty Trapping Kit (Large )...
★★★★☆ 134
2-day shipping

**+ Add**

## Similar items you might like
Based on what customers bought


**Options**
+2 options


**Options**
Sponsored



**+ Add**
Sponsored


**+ Add**





Roll over image to zoom in

     

# Mice Trap-Flip N Slide Bucket Lid Mouse,Chipmunk Trap|No See Kill| Humane or Lethal| Door Style| Auto Reset| Multi Catch| in-Outdoor| 5 Gallon Bucket Compatible| Reusable| Treated As Humanely...

Brand: Dishe

3.7 ★★★☆☆  8 ratings

$48.69

FREE Returns ˅

| | |
|---|---|
| Brand | Dishe |
| Style | Modern |
| Number of Pieces | 1 |
| Is Electric | Yes |
| Target Species | Mouse, Rat, Chicken |

Report an issue with this product or seller

**prime**

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows with Prime

Try Prime and start saving today with fast, free delivery

Delivery | Pickup

$48.69

FREE Returns ˅

FREE delivery **Tuesday, May 28.** Order within **14 hrs 24 mins**

◉ Delivering to Los Angeles 90020 - Update location

**Only 1 left in stock - order soon.**

[ Add to Cart ]

[ Buy Now ]

Ships from  Amazon
Sold by  Iorado
Returns  Eligible for Return, Refund or Replacement within 30 days of receipt
Payment  Secure transaction

☐ Add a gift receipt for easy returns

[ Add to List ]

## Products related to this item

Sponsored ⓘ

Page 1 of 2

Multi-Catch Mouse Traps Outdoor - Humane or Lethal Squirrel Traps - 5 Gallon Bucket...
3.0 ★★★☆☆ 85
$49.99
prime

Mouse Trap Bucket- 5 Gallon Bucket Lid Mouse Rat Trap 3 Pack - Automatic Reset Flip...
3.6 ★★★★☆ 2,554
$23.88 ($7.96/Count)
prime

Mouse Trap Bucket- 5 Gallon Bucket Lid Mouse Rat Trap 4 Pack - Automatic Reset Flip...
3.8 ★★★★☆ 709
$28.88 ($7.22/Count)
prime

Upgraded 5 Gallon Bucket Lid, Bucket Lid, Trapdoor Style, Indoor and Outdoor, Reusa...
4.1 ★★★★☆ 417
$12.98
prime

LockNLube Grease Gun Coupler locks onto Zerk fittings. Grease goes in, not on the m...
4.7 ★★★★★ 29,642
🏅 Best Seller
$32.99
prime

200PCS Barrel Snap Swivel Fishing Accessories, Premium Fishing Gear...
4.6 ★★★★★ 5,555
$9.99
prime



amazon.com/Plank-Bucket-Water-proof-Durable-Auto-reset/dp/B07DT3RMZH/ref=sr_1_20?crid=1QZATDP8LI4J8&dib=eyJ2IjoiMSJ9...

Case: 1:23-cv-16232 Document #: 54-4 Filed: 05/31/24 Page 23 of 23 PageID #:3353

Delivering to Los Angeles 90020 Update location

flip and slide mouse trap

Garden & Outdoor

EN  Hello, sign in Account & Lists  Returns & Orders

☰ All | Medical Care | Groceries | Best Sellers | Amazon Basics | New Releases | Prime | Music | Customer Service | Today's Deals | Amazon Home | Registry | Books | Pharmacy | Gift Cards | Luxury Stores | Smart Home | Fashion | Sell | Toys & Games | Find a Gift | Automotive | Computers | Coupons | Memorial Day: up

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home I

Raid Essentials Flying Insect Light Trap Starter Kit, 1 Plug-In Device + 1...
★★★☆☆ 2,938

Save 5% more with Subscribe & Save    Shop now

‹ Back to results



Roll over image to zoom in

      
VIDEO

## Walk The Plank Bucket Mouse Trap | Flip and Slide | Water-Proof | Durable | Auto-Reset - Live or Kill

Brand: PLANKYPRO

3.9 ★★★★☆  775 ratings

50+ bought in past month

**-10%** $17.99

List Price: $19.99 ⓘ

Get Fast, Free Shipping with Amazon Prime
FREE Returns ∨

Get $10 off instantly: Pay $7.99 $17.99 upon approval for the Amazon Store Card. No annual fee.

Item Package Quantity: 1

Color: Black

| | |
|---|---|
| Brand | PLANKYPRO |
| Color | Black |
| Style | Plank |
| Material | Plastic |
| Number of Pieces | 1 |
| Is Electric | No |
| Target Species | Mouse, Rat |

### About this item

- AUTO RESET: The trap resets automatically. You can catch multiple mice at once.
- WATERPROOF: Unlike other traps in the market, our trap is made from durable waterproof plastic.
- POISON FREE: Simply use peanut butter or any other bait that can be stuck to the trap. Keeps your pets safe and out of danger.
- LIVE OR KILL: You have option of using the device as a live catch or to kill the mice. Use water in the bucket if you intend on not releasing the mice. Using fine sand or saw dust at the bottom prevents the mice from jumping out. Using taller bucket is help with the live catch.
- IMPORTANT ( UNIVERSAL BODY): This plank included in this trap set is specifically calibrated for smaller mice. However a set including bigger plank is available for purchase. Additionally you can also just buy the bigger plank only if you already purchased the smaller trap set. The same UNIVERSAL BODY works with both plank.

### Additional Details

Small Business



prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows with Prime

Try Prime and start saving today with fast, free delivery

Delivery | Pickup

One-time purchase:
$17.99

Get Fast, Free Shipping with Amazon Prime
FREE Returns ∨

FREE delivery Tuesday, May 28 on orders shipped by Amazon over $35

Or fastest delivery Tomorrow, May 23. Order within 7 hrs 6 mins

Delivering to Los Angeles 90020 - Update location

In Stock

Quantity: 1

**Add to Cart**

**Buy Now**

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Polyproducts44_USA |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Payment | Secure transaction |

☐ Add a gift receipt for easy returns

Subscribe & Save ○
$17.99 ($17.99 / Count)
FREE delivery Tuesday, May 28 on orders shipped by Amazon over $35