# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Rinne Corp

                        Plaintiff,

v.

                        Case No.: 1:23−cv−16232

                        Honorable Jeffrey I Cummings

Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 5, 2024:

      MINUTE entry before the Honorable Jeffrey I Cummings: In light of the plaintiff's joint stipulation of dismissal of defendants cheap−easy−go.com, costumebrand.com, enjoyaitlife.com, flowercog.com, and goblinpocket.com [62] the previously filed motion to vacate default filed by those defendants [54] is terminated as moot. Plaintiff shall promptly submit a proposed order regarding its motion for default judgment that reflects the remaining defendants to the Court's proposed order inbox (Proposed_Order_Cummings@ilnd.uscourts.gov). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.