IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Rinne Corp | ) |
| | ) Case No. 23-cv-16232 |
| v. | ) |
| | ) Judge: Hon. Jeffrey I Cummings |
| THE PARTNERSHIPS and | ) |
| UNINCORPORATED ASSOCIATIONS | ) |
| IDENTIFIED ON SCHEDULE A | ) |
| | ) |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff Rinne Corp LLC ("Rinne Corp") against the defendants identified on Schedule A, and using the Defendant Domain Names and Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and Rinne Corp having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Rinne Corp having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Rinne Corp has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Rinne Corp's federally registered trademarks (the "Rinne Corp Trademarks") to residents of Illinois. In this case, Rinne Corp has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Rinne Corp Trademarks and Copyrights. *See* Docket No. 8, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Rinne Corp Trademarks and Copyrights.

A list of the Rinne Corp Trademarks is included in the below chart.

| Registration Number | Registered Trademark | International Classes |
|---|---|---|
| 6693631 | FLIP N SLIDE | IC 021 |
| 6693037 | FLIP N' SLIDE | IC 021 |

A list of the Rinne Corp Copyrights is included in the below chart.

| Registration Number | Registered Copyright |
|---|---|
| VAu 1-445-444 | Picure 1 |
| VAu 2-309-454 | Flip N Slide Product Picture 2021 |
| TXu 2-324-741 | FNS-TEXT-1 3.2021 |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), federal copyright infringement (17 U.S.C. § 501), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510 *et seq.*).

Accordingly, this Court orders that Rinne Corp's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the Rinne Corp Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Rinne Corp product or not authorized by Rinne Corp to be sold in connection with the Rinne Corp Trademarks;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Rinne Corp product or any other product produced by Rinne Corp, that is not Rinne Corp's or not produced under the authorization, control, or supervision of Rinne Corp and approved by Rinne Corp for sale under the Rinne Corp Trademarks or Copyrights;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Rinne Corp, or are sponsored by, approved by, or otherwise connected with Rinne Corp; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Rinne Corp, nor authorized by Rinne Corp to be sold or offered for sale, and which bear any of Rinne Corp's trademarks, including the Rinne Corp Trademarks, or any reproductions, counterfeit copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), DHGate, JoyBuy, Walmart, Wish, Temu, and Shopify (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

    a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the Rinne Corp Trademarks; and

4

       b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Rinne Corp Trademarks or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Rinne Corp product or not authorized by Rinne Corp to be sold in connection with the Rinne Corp Trademarks.

3. Upon Rinne Corp's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Rinne Corp Trademarks.

4. Pursuant to 15 U.S.C. § 1117(c)(2), Rinne Corp is awarded statutory damages from each of the Defaulting Defendants in the amount of $25,000 for willful use of counterfeit Rinne Corp Trademarks on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), Amazon Pay, Amazon, Stripe, Payoneer, eBay, DHGate, JoyBuy, Walmart, Temu, Wish, and Shopify shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 6 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 6 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), Amazon Pay, Amazon, Stripe, Payoneer, eBay, DHGate, JoyBuy, Walmart, Wish, Temu, and Shopify, are hereby released to Rinne Corp as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), Amazon Pay, Amazon, Stripe, Payoneer, eBay, DHGate, JoyBuy, Walmart, Wish, Temu, and Shopify are ordered to release to Rinne Corp the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Rinne Corp has recovered full payment of monies owed to it by any Defaulting Defendant, Rinne Corp shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that Rinne Corp identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Rinne Corp may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses provided for Defaulting Defendants by third parties.

9. The ten-thousand dollar ($10,000) surety bond posted by Rinne Corp is hereby released to Rinne Corp or its counsel, Law Office of David Gulbransen. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Rinne Corp or its counsel.

This is a Default Judgment.

Dated: September 3, 2024

_____
Jeffrey I Cummings
United States District Judge

## Schedule A

| Doe | Store Name | Merchant ID |
|---|---|---|
| 1 | Yiwu Dingyi E-Commerce Co., Ltd. | 1dingyi |
| 2 | Yuyao Aggpo Electronic Technology Co., Ltd. | aggpo001 |
| 3 | Ningbo Cheerstore Trading Co.,Ltd | cheerfulstore |
| 8 | Huanghua Gunter Hardware Co., Ltd. | getpestaway |
| 10 | Huizhou Yooka Technology Co., Ltd. | hzyueke |
| 11 | Yiwu Kaiding Electronic Commerce Co., Ltd. | kaiding1 |
| 14 | Ningbo Yiluo Electronic Commerce Co., Ltd. | nbyiluo |
| 18 | Yiwu Pinmeng Commodity Co., Ltd. | pinmeng |
| 20 | Shanghai Liuxing Network Technology Co., Ltd. | shlx |
| 21 | Ningbo Missinteresing Imp And Exp Co., Ltd. | sweettreats |
| 22 | Sentuo (Guangzhou) Electronic Commerce Co., Ltd. | syntaxgz |
| 24 | Wuxi Huikai International Trading Co., Ltd. | wxhuikai |
| 25 | Yiwu Munuo Electric Appliance Co.,Ltd | yiwumonuo |
| 26 | Yiwu Youge Daily Necessities Factory | yiwuyouge |
| 27 | Shenzhen Yuankong Communication Co., Ltd. | yuankong |
| 28 | Yiwu Fannuo Trading Co., Ltd. | ywfannuo |
| 29 | Chongqing Zhaoyeqing Network Technology Co., Ltd. | zhaoyeqing |
| 30 | dorimi Store | 1100513603 |
| 31 | Green Healthy Store | 1100546840 |
| 32 | Tool Box Dropshipping Store | 1101133303 |
| 33 | GENNISSY Official Store | 1101137522 |
| 34 | ALP Store | 1101190576 |
| 35 | Climbers Outdoor Store | 1101237903 |
| 36 | Shop2852007 Store | 1101244589 |
| 37 | My Exquisite Life Store | 1101285519 |
| 38 | My Lifestyle Store | 1101301910 |
| 39 | Barry Sexy Store | 1101312285 |
| 40 | CORUI Smart House Store | 1101331162 |
| 41 | Longtime Good experience Store | 1101333540 |
| 42 | Global Factory Selection Store | 1101350330 |
| 43 | YENJOYDIY Store | 1101351187 |
| 44 | Cutesliving Store | 1101351612 |
| 45 | Shop5370096 Store | 1101356467 |
| 46 | Mr. Ma Store | 1101357218 |
| 47 | Yunjin Meijia Store | 1101360202 |
| 49 | Airmsen Kitchen Store | 1101382764 |

| 50 | Makeup Global Drop Shipping Store | 1101388114 |
|---|---|---|
| 51 | Triple-Nice Store | 1101396069 |
| 52 | ZENAIDE Store | 1101421786 |
| 53 | YFAN Store | 1101518969 |
| 54 | Zialana 02 Store | 1101543121 |
| 55 | ALAPH Store | 1101546772 |
| 56 | Small Animals Store | 1101548930 |
| 57 | Comfortable Homes Life Store | 1101554110 |
| 58 | Gaming Together Store | 1101574447 |
| 59 | MyCuteDaily Store | 1101591591 |
| 60 | Daily necessities factory Store | 1101624578 |
| 61 | Wishlistttt Store | 1101633479 |
| 62 | WLZG Kitchen Store | 1101735322 |
| 63 | Profession Repair Tools Store | 1101736137 |
| 64 | Shop911929108 Store | 1101757700 |
| 65 | Four Seasons Tactical Equipment Store | 1101758756 |
| 66 | village life Store | 1101818010 |
| 67 | AliciaYEE Store | 1101825092 |
| 68 | jingwen Store | 1101837515 |
| 69 | CoRui-Direct Store | 1101841868 |
| 70 | Shop912351830 Store | 1101847574 |
| 72 | makit Store | 1101880605 |
| 73 | Made in Interesting Store | 1101900217 |
| 76 | Davifang Store | 1101944440 |
| 77 | Shop912684724 Store | 1101957560 |
| 79 | bohe202201 Store | 1101983377 |
| 80 | ORANGE Store | 1101987971 |
| 81 | furniture life Store | 1102014937 |
| 82 | Fast dropshipping Store | 1102028835 |
| 83 | Galaxy Prosperity-Gardening Store | 1102047213 |
| 84 | Shop1102077072 Store | 1102077073 |
| 85 | Barry Good Goods Store | 1102079274 |
| 86 | Shop1102094413 Store | 1102092467 |
| 87 | LetsShopping Store | 1102108744 |
| 88 | MOJO Store | 1102160984 |
| 89 | Shop1102195779 Store | 1102186843 |
| 90 | Cmartiris Store | 1102269275 |
| 91 | Shop1102347025 Store | 1102342946 |
| 92 | World Cup Hobby Products Store | 1102420745 |

| 93  | Shop1102436661 Store           | 1102436662     |
|-----|--------------------------------|----------------|
| 94  | Exquisite Life Store           | 1102439155     |
| 95  | Pet-Living Store               | 1102495042     |
| 96  | Jiaju06 Store                  | 1102521596     |
| 97  | Jiaju01 Store                  | 1102521599     |
| 98  | Jiaju05 Store                  | 1102522569     |
| 99  | Fun Buy Store                  | 1102562162     |
| 100 | Shop1102579221 Store           | 1102580240     |
| 103 | Shop1102626223 Store           | 1102625217     |
| 104 | Yandren Tools Store            | 1102627183     |
| 105 | Enjoy Your Life-H Store        | 1102628205     |
| 107 | Liuzy Store                    | 1102642157     |
| 108 | Shop1102644613 Store           | 1102646565     |
| 109 | Home Furniture Life Store      | 1102649419     |
| 110 | Youyou Home Store              | 1102662605     |
| 111 | Home Life Town Store           | 1102668762     |
| 112 | Tool King Store                | 1102694888     |
| 113 | Shop1102702052 Store           | 1102702053     |
| 114 | Huaran Boutique Store          | 1102714026     |
| 115 | Aihogard Official Store        | 1102718565     |
| 116 | Shop1102742050 Store           | 1102732979     |
| 117 | HQFS Club Store                | 1102767370     |
| 118 | Enjoy Your Exclusive Life Store| 1102774875     |
| 119 | Etmakit Official Store         | 1102784662     |
| 120 | Shop1102813050 Store           | 1102810105     |
| 121 | Shop1102811134 Store           | 1102811135     |
| 122 | SX Household Products Store    | 1102813661     |
| 123 | Shop168830451 Store            | 1102815417     |
| 124 | Shop1102826397 Store           | 1102826398     |
| 125 | Shop1102858287 Store           | 1102861244     |
| 126 | Llhy                           | A10LGBP177QC0N |
| 127 | FLY GUY                        | A10NFAPXOSX0UP |
| 128 | Glimsh                         | A10VPFFAJWISH4 |
| 129 | ceyiang-shop                   | A110BSOINVEC2W |
| 131 | FNQIUBUQEBVY8D9C1              | A11IY0TJAOOFJC |
| 133 | jyydsd                         | A16K9DALCD0MBE |
| 134 | NEDGOHMQNM                     | A16ZTV7OM9BKM3 |
| 135 | YYSM-US                        | A17FBZXQ3ZDNUH |
| 137 | Lufei USA                      | A19QI7M0RZXDWB |

| 138 | fhngo | A1B0HWRCAYSVL |
|---|---|---|
| 139 | DTIUGUTAE | A1D66FGDT6PLPN |
| 141 | zhonglianbaihuo | A1DUJ6NOUBE42A |
| 142 | tom and jery | A1DZWTUWBSHG5B |
| 143 | yujingshanghang | A1EF3XW1U0PKT9 |
| 144 | HUAPUDAUS | A1EYNZX8SU82SM |
| 145 | SMIIAN OLEKSANDR | A1FY9HXHF5LZOS |
| 146 | Âè§Â±±Âʃó | A1HWETB0U3XP4W |
| 148 | fengcaiwang6432895 | A1ND0O3TUV4DYA |
| 149 | maoyanbaihuodian | A1NI7KKOL09TKI |
| 150 | wanzaixiannuanyanshangmaoxing | A1O39TQ05CNNMQ |
| 151 | Thuy.Loi2007 | A1P727G81PFKQQ |
| 153 | ÂïÜ‰∏òÂ∏ÇÊòüÁÉ®Áîµ ≠êÂïÜÂä°ÊúâÈôêÂÖ¨Âè∏ | A1PMR3QMRZ0FLS |
| 155 | Gisung | A1Q865CXTXVW6Y |
| 156 | pengjiane261387 | A1SQVAHMTTCWU3 |
| 157 | Maria T Clinton | A1TX2X7QDAB80R |
| 158 | TTS store | A1UY7UNM32NB6X |
| 159 | SupperWatch | A1XD2AMBC2LB7M |
| 160 | minquanxianlilaiyunwangluokejiyouxiangongsi | A1ZKDJF2KNE76J |
| 161 | cuiyanshanghang | A212O1BI3I3RFO |
| 162 | guangshuaidianzi | A23HLUE9ZNQ04V |
| 163 | yanmidianzishangwufuwubu | A241MZF2G7X29X |
| 164 | chenlinamz | A249EVB7ZLWQPO |
| 165 | JiHanHong | A25BRMP32WTDHT |
| 166 | shashashi | A2686FZRD2HHP0 |
| 167 | HKhang123shop | A285Q3CSUHTNGY |
| 170 | ‰∏≠ÂõΩÊΩÆÂìÅÅ666 | A29BS9Z7BGMNBP |
| 171 | feiyangxiaodianYYDS | A29E5RKWE226MU |
| 172 | juxinbaihuoUS | A29OMMZ2IYOK2R |
| 173 | yinqinan-shu | A2AHXJLF6CIDY9 |
| 174 | fuex | A2AIHMK35I62WG |
| 175 | CaiLing ShangMao | A2AWOIX2UM4O4B |
| 176 | yaqianbaihuoyouxiangongsi | A2BHDH69WPIXOK |
| 178 | KAILUODADI | A2DSHB2NNT7ZPU |
| 179 | Momei shop | A2EDAS077B7W57 |
| 180 | QiJiu ShangMao | A2ENT6NJWT5DZR |
| 181 | Êôã‰∏≠Ê±ÄÁæéÁßëÊäÄÊúâÈôêÂÖ¨Âè∏ | A2H1FEI58XM3KF |
| 182 | Runde-US | A2M3KR2YRYQ45Y |
| 183 | wenchangshidonghanquandianzishangwuyouxiangongsi | A2MI5V2B8QX98 |

| 184 | DAVID EDWARD SAIK | A2MQBE3P5CR1D0 |
|---|---|---|
| 185 | Hybesd | A2NC0P63JAGMGY |
| 186 | Wangchengdedian | A2NXA3IRTOR4VB |
| 187 | Gaoyi Trading Co., Ltd | A2O47ZHFS4D712 |
| 188 | Mijiasd | A2O92SD8W4CQHN |
| 189 | ÊùúÂê¨Ê¥¢ | A2OXPUKRR3KTSM |
| 190 | shuailin-shop | A2QU9V4VVWDMGM |
| 191 | guimingshanghang | A2SBHRGHUIBV1P |
| 192 | Myhmz | A2TFITGVDRX0ML |
| 193 | LYASAA | A2U3CATJS9WYR9 |
| 194 | USTINO VVSEVOLOD | A2UURPU78Y27KS |
| 195 | KoStaSAndreJEvas | A2UVAQWMQFHMBD |
| 196 | UTACWCUMMO | A2VRVNN0IEPK3L |
| 198 | Hair of the Angel | A2Y12W0RSVFS0Z |
| 199 | Â∞èÊòüÊòüÊôʃËÉΩÂʃó | A2YTE1J3KEU08A |
| 200 | De gao shang hang | A2ZEND6AR6JZV2 |
| 201 | Sitongnade INTRACO Ltd. | A2ZFXZU5XKLUZC |
| 202 | 3cdianzi | A2ZYD8VCA53QBD |
| 203 | Bbei Best | A30XZFU6QSXKC8 |
| 204 | chang-us | A31CYYLI3L4M70 |
| 205 | Omenails | A32C8FRSLJ1PL6 |
| 206 | chenxiangUS | A33GMQ84OZRP36 |
| 207 | xiehang | A33H0JTQC2X2ST |
| 208 | AOYADA | A35PTI0ASBZ70I |
| 210 | WutfAM | A371Z95B7VOAFS |
| 211 | Keep on going | A37E5VFQ9YBRU8 |
| 212 | YMXYLLLL | A3AIITDMFIFCBD |
| 213 | KLDBMS | A3AV86QRC3RVHE |
| 214 | xiazhichubhd | A3BEEMHWMV8M4F |
| 215 | The Daylight | A3D17URH1DD40C |
| 216 | RealEdge | A3DVZ2BOOQ262W |
| 217 | yuhaobaihuo | A3EP7YVOLYOM3Y |
| 218 | ÂïÜ‰∏òÊòüÊòìÁΩëÁªúÁßëÊäÄÊúâÈôêÂÖ¨Âè∏ | A3ERP2EK8VK426 |
| 219 | Uptrends Exchange | A3EWVM8D7DCS99 |
| 220 | yangronghuangdebeimeixiaodian | A3FLGPB4O1GJQM |
| 221 | Yuanlibaihuodian | A3GOKO9ZHJ4T76 |
| 223 | chuanjianriyongpinshangmaodian | A3HNDMS2Q4IO8I |
| 224 | SIYMKA | A3I8QOR3K10SYR |
| 225 | Sentno | A3IX95EX88SMVJ |

| 226 | hui cheng qu ke ai bei bei mu ying yong pin dian | A3KH0J9IB1CXN3 |
| --- | --- | --- |
| 227 | liuyitongg | A3KLACN34LCAFQ |
| 229 | YueDoNg | A3NFP8DRTG5BO7 |
| 230 | akdan | A3NLQHDIKOXKMZ |
| 233 | KMSPang | A3TSEXZRLSQY96 |
| 234 | xumeihao668 | A3UU0IGDKDJ7ML |
| 236 | DongXiChengChengMaoBai | A459S07TRCGOC |
| 237 | BZdzsw | A4EL9JWZE9FRD |
| 239 | haikoulonghuajinghanyishangmaoshanghang | A5JT2KG83L6Y6 |
| 240 | Yichunyuanzhouquanpeiwensan | A6LF77E9X2Q1O |
| 241 | YouHz | A6Z80CSOZBQ4H |
| 242 | ping ding kang sheng bai huo shang hang | A7FCQ0M6E9V8O |
| 243 | kangfengsd | A7QI73NRONZNP |
| 244 | Yunnoo | A84C7VVCQNG1H |
| 245 | Scratchd | A86P8IWHPWVBD |
| 247 | huangyukangdexiaodian | A9IJ2W0ZR023 |
| 248 | Êû´Â≤öStudio | A9YHQOSBGTOP9 |
| 249 | Wzshry | ABJVR36TMKWZJ |
| 250 | chenhuiying12 | ACQB8UNOGVDPW |
| 251 | HZDZSW STOR US | ADBG81AJ4BO39 |
| 252 | KIRCI STORE | AEOCZ28C59EU4 |
| 253 | HOA PHAM LE SHOP | AF21BJ123WECA |
| 254 | ALMUS LLC | AFVK9GFVD8WYH |
| 255 | shanghuishanghang | AHI32325BMC98 |
| 256 | XINGLUO | AIKCW5AF4K8HA |
| 257 | DuoFeng | AITMU7WRJ6MYP |
| 258 | songxiaowen12 | AJ2LNKC4STFXR |
| 259 | dapeng shangmao youxiangongsi | AJ64HQ0WV3TR3 |
| 260 | TRUONGSON | AMO57XK0F6G30 |
| 261 | honglitian | ANC9BLJPBPEAP |
| 262 | jingjiangshiwenyueshangmaoyouxiangongsi | API2AS3DK4PS3 |
| 263 | qinyan23 | APVRX216WMWZ0 |
| 264 | guoguodaihuo | AS0FL52PO5C29 |
| 265 | Rover's Store | AS70I7COAHPDC |
| 266 | Tangqinsd | AST1BSR42Q88Y |
| 267 | Melibby Directed | ATD9EQLWNJR04 |
| 268 | BIXKO TECHNIAL SERVICES | AV46INL8A9HRN |
| 271 | NESKAL STORE | AZJQE1A1320I2 |
| 274 | bdesybag | 21595379 |

| | | |
|---|---|---|
| 275 | yohomel | 21729520 |
| 276 | bei10 | 21756541 |
| 277 | mvdm | 21800870 |
| 278 | ai830 | 21815456 |
| 279 | ai837 | 21815468 |
| 280 | sfr8 | 21818367 |
| 281 | g55g | 21819195 |
| 282 | pm8c | 21819260 |
| 283 | elig | 21819801 |
| 284 | nian09 | 21836782 |
| 285 | telmom | 21881228 |
| 286 | adigee | adigee |
| 287 | agpujiar-0 | agpujiar-0 |
| 288 | aldbar71 | aldbar71 |
| 289 | aldenshop0 | aldenshop0 |
| 290 | alebaw18 | alebaw18 |
| 291 | alomeet09 | alomeet09 |
| 292 | amsi3187 | amsi3187 |
| 293 | anmaha-42 | anmaha-42 |
| 295 | bestdealsfor_u_2023 | bestdealsfor_u_2023 |
| 296 | big_size_clothing | big_size_clothing |
| 297 | caabb-4 | caabb-4 |
| 299 | cocobeeb | cocobeeb |
| 300 | cuimin168 | cuimin168 |
| 301 | dessert1-1 | dessert1-1 |
| 302 | diyamaya_0 | diyamaya_0 |
| 303 | easeroads3 | easeroads3 |
| 304 | esfa2669 | esfa2669 |
| 305 | exostrore | exostrore |
| 306 | fatyintra | fatyintra |
| 307 | finpradshop8 | finpradshop8 |
| 308 | goshopcoo | goshopcoo |
| 309 | great-rageman | great-rageman |
| 310 | hannahava | hannahava |
| 311 | hengsboom4 | hengsboom4 |
| 312 | hengstaar | hengstaar |
| 313 | hills-deals | hills-deals |
| 314 | home-enjoy* | home-enjoy* |
| 315 | ichnur0 | ichnur0 |

| 316 | iengespstor4 | iengespstor4 |
|---|---|---|
| 317 | iluk8737 | iluk8737 |
| 318 | initox | initox |
| 319 | ivahar_86 | ivahar_86 |
| 320 | joseyjosey1113 | joseyjosey1113 |
| 321 | josh-2265 | josh-2265 |
| 322 | konyikeen1 | konyikeen1 |
| 323 | laieasytra | laieasytra |
| 324 | marrasjuve71 | marrasjuve71 |
| 325 | mengdong43431 | mengdong43431 |
| 326 | mewit405 | mewit405 |
| 329 | muzondiw_0 | muzondiw_0 |
| 330 | newstufff | newstufff |
| 331 | offemart | offemart |
| 333 | pranavir | pranavir |
| 334 | pumpyy_official_store | pumpyy_official_store |
| 335 | puru_2740 | puru_2740 |
| 336 | qky7428 | qky7428 |
| 337 | rahak_2 | rahak_2 |
| 338 | rapra_3095 | rapra_3095 |
| 339 | robinson001 | robinson001 |
| 340 | ronlew45 | ronlew45 |
| 341 | shop_24.7_online | shop_24.7_online |
| 343 | tanglaoya22 | tanglaoya22 |
| 344 | tharakadilrukshi14 | tharakadilrukshi14 |
| 345 | varna_lk | varna_lk |
| 346 | wallet1444 | wallet1444 |
| 348 | xingyuiex88 | xingyuiex88 |
| 349 | yeettrade | yeettrade |
| 351 | AEROBEST STORE | Aerobest-Store |
| 352 | JIUZE-E-SHOP STORE | JIUZE-E-SHOP |
| 358 | gizmo-express | gizmo-express.com |
| 360 | louihomedecor | louihomedecor.com |
| 363 | 05b250 | 05b250.myshopify.com |
| 365 | bellezawebshop | bellezawebshop.com |
| 366 | dansbizarre | dansbizarre.myshopify |
| 367 | exshell | exshell.fr |
| 368 | godonza | godonza.com |
| 369 | grocerystorepro | grocerystorepro.com |

| 370 | homeveryoften | homeveryoften.com |
|---|---|---|
| 372 | katei-sherpa | katei-sherpa.com |
| 373 | lovelylittleladies | lovelylittleladies.com |
| 374 | niagarablue | niagarablue.com |
| 375 | odditygate | odditygate.com |
| 376 | pestkeeper | pestkeeper.com |
| 377 | petandfarm | petandfarm.com.au |
| 378 | rakago | rakago.com |
| 379 | secretgreen | secretgreen.com.au |
| 380 | shopinstore | shopinstore.co.uk |
| 381 | toptrendydeals | toptrendydeals.com |
| 382 | traveltopp | traveltopp.com |
| 383 | tyfyna | tyfyna.com |
| 384 | Cloris Garden | 1.3216E+11 |
| 385 | New Lifestyle | 2.67228E+12 |
| 388 | Alices Garden | 3.19686E+11 |
| 392 | HOMUG | 5.18052E+12 |
| 393 | BEBALETY | 55673303291 |
| 394 | Yule products | 5.87084E+12 |
| 395 | Qianhaizhilian Co. Ltd | 101176693 |
| 396 | Zhidali E-commerce Co. Ltd | 101186736 |
| 397 | Xikong Trading Co., Ltd. | 101273294 |
| 400 | JiLinShengTianXiaoBoDianZi | 101332360 |
| 401 | HuaZanShangMaoYouXianGongSi | 101345462 |
| 402 | SHANG HAI BAO YU ELECTRONIC BUSINESS CO LTD | 101044628 |
| 404 | S' Int'l & Export Co. Ltd | 101114128 |
| 405 | SYHW Store | 101117784 |
| 406 | Srliya Brand Store | 101129187 |
| 407 | Nutrexl | 101174282 |
| 409 | CHENGDUWEIYUEZHENYUSHANGMAOYOUXIANGONGSI | 101198309 |
| 410 | Cmartiris | 101211342 |
| 411 | URBEST | 101220834 |
| 413 | Nouuno | 101246878 |
| 414 | Hongkun Trading Co., Ltd. | 101273034 |
| 416 | DeRong-BYFW | 101275131 |
| 418 | he bei cui kang sheng wu | 101296708 |
| 419 | Jinan Yuanke Trading Co., Ltd. | 101300954 |
| 420 | zhandou | 101307860 |
| 421 | haomai | 101314317 |

| 423 | yichen | 101323902 |
|---|---|---|
| 424 | sichuanenmengjiu | 101334255 |
| 425 | yiyaya | 5783466488eb7a0ff31c511a |
| 426 | Miss Angell | 589d593501638757a0e1cb7e |
| 427 | zouhuanhuan666 | 5a791c716be8733fb999422f |
| 428 | junhuabaihuo | 5b401e3925190f1a5e03bf63 |
| 429 | flyingqin | 5b90d746ad786633a5db14bd |
| 430 | zhangwantch2 | 5b94e23fc6aee1442085c8e1 |
| 431 | Get rich lyh | 5d3e578be13a7e72eaf35fdb |
| 432 | flying_dream | 5d4044f6e13a7e66fcbf6435 |
| 433 | effmlfa | 5d5114b5933fb16bb3bb0baf |
| 434 | hgrwhrs | 5d52cc5540defd387c359c49 |
| 435 | nhf1f1hfh1g | 5d54f7095f3e1e51e22ffe57 |
| 436 | Southwest store | 5d58e811560eca423fef7f24 |
| 437 | Home Home Buy | 5d8470228c8dc71044cdf29f |
| 438 | ChenglaizhaogG | 5e6b39235599976a9712de28 |
| 439 | BertonEdwiinxAzF | 5e9415996dc9798dc01a395b |
| 442 | Shenzhen Cambrian Technology Co., LTD | 12367 |
| 450 | Jinan Nanju Network Technology Co., LTD | seller4-101118004 |
| 451 | Shanghai Yingyue Information Technology Co., LTD | 14027 |
| 458 | Guangzhou Bayoman clothing Co., LTD | seller8-16214 |
| 460 | Guangzhou Bayoman clothing Co., LTD | seller10-16214 |
| 462 | Ningbo goods Tong Dian e-commerce Co., LTD | seller2-18988 |
| 467 | Shenzhen ander online trading Co., LTD | 8735 |
| 470 | Guangzhou Chuncui business company limited | seller10-18988 |
| 471 | Guangzhou Chuncui business company limited | seller11-18988 |
| 472 | Guangzhou Chuncui business company limited | seller12-18988 |